# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>**U.S. Department of Homeland Security,** *et al.*,<br><br>            Defendants. | Civil Case No. _____ |

### DECLARATION OF RUBY STEIGERWALD

I, Ruby Jane Steigerwald, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of the Adelphi Friends Meeting, located in Adelphi, Maryland.

2. I have been attending the Adelphi Meeting since approximately 2015.

3. I previously attended and was a member of the Twin Cities Friends Meeting in Minneapolis-St. Paul, Minnesota, where I was an attender and member for 16 years.

4. I also attended the Monteverde Friends Meeting in Monteverde, Puntarenas Province, Costa Rica, for one-and-a-half years, from 1997 to 1999.

1

5. I am currently Co-Clerk of the Children's Religious Education Committee and a member of the Climate Action Working Group within the Peace and Social Concerns Committee at the Adelphi Meeting.

6. While a member of the Twin Cities Friends Meeting, I was a member of the First Day School Committee, which covers children's religious education. I was also the Clerk of Meeting. I also served on the El Salvador Committee of the Northern Yearly Meeting, whose purpose is to foster a relationship between El Salvador Yearly Meeting and Northern Yearly Meeting, including youth exchange programs and supporting a Quaker school in El Salvador.

7. I am a retired teacher. Throughout most of my professional career, I worked with the children of immigrants. I also taught English as a Second Language courses to adults.

### My worship at the Adelphi Friends Meeting

8. I regularly attend weekly worship at the Adelphi Friends Meeting House.

9. Our weekly worship meeting begins with about 15 minutes of singing hymns.

10. We then begin worship, which lasts about an hour. Children join for the first 20 minutes of that time.

11. Worship consists of sitting in silence and waiting to hear the voice of God. We sometimes refer to this process as seeking the inner light, inner voice, or the Christ within.

12. After worship, we share "Joys and Concerns," during which people have the opportunity to talk about things happening in their life or to share thoughts or feelings that may not rise to the level of something to be shared during worship.

13. During Joys and Concerns, we hold each other in the light.

14. Thereafter, we exchange greetings by shaking hands or hugging those around us, and newcomers introduce themselves.

15. The meeting concludes by breaking bread together.

16. Joys and Concerns, greeting one another, and breaking bread together are important aspects of our religious exercise because it is important to our religious experience to know the other people who are a part of the Adelphi Meeting.

17. The Adelphi Friends Meeting offers remote participation in weekly worship via Zoom.

18. While it is important because it allows people who are ill, who have mobility issues, or who live far away from the meeting house to access worship, I prefer to worship in person.

19. We worship in community, and it is harder for me to feel that communal connection when worshipping via Zoom.

## The Testimony of Equality

20. The Friends have a set of values, known as Testimonies, that inform how we live and how we worship.

21. One of the Testimonies is Equality. The Testimony of Equality means that we see that of God in all people.

22. That Testimony of Equality means that we value and worship without regard to a person's background, immigration status, or how they arrived in this country.

### Engagement with the community

23. The Adelphi Meeting engages with our community in a number of ways.

24. Because the Adelphi Meeting is located in an area with a large population of Hispanic people and Spanish-speakers, we include Spanish-language materials about Quakerism in the foyer of the meeting house.

25. We also translate important social-justice related committee minutes into Spanish and publish them on our website.

26. In the past, we have hung a large banner in front of our meeting house welcoming immigrants in our community. The banner, citing Leviticus 19:33-34, said, "Do not mistreat strangers. Treat them as citizens. Love them as yourself."

27. We have regularly supported immigrant families settling in our community, including families from Afghanistan, Burundi, Kenya, and Nicaragua, many of whom were refugees and escaping civil unrest. Some of these families joined our meeting for worship.

28. We also open our meeting house and grounds to the community.

4

29. For example, the Adelphi Meeting is a member of the Adelphi Neighborhood Association, and the Association holds its meetings in our meeting house.

30. We built a playground on our grounds and ensure that it is open to families and children in our community, regardless of whether they attend or are members of the Adelphi Meeting.

31. We also hold an annual event, the Strawberry Festival, which is open to all members of the local community, regardless of whether they are members of the Adelphi Meeting.

**The importance of communal worship with all-comers, including immigrants**

32. Communal worship is a core aspect of my faith and religious exercise, and restrictions on communal worship would negatively affect my religious exercise and ability to practice my faith.

33. We believe that everyone has their own connection to spirit, or access to the divine.

34. Having as many people attend our meetings as possible is an important aspect of worship, because every individual who attends presents an opportunity for God to speak to us through them.

35. When we have a deep spiritual experience, it is because we have all sensed something and been in the same spiritual presence together, which can only happen through communal participation in worship.

36. Radical inclusivity, including inclusivity of people from different backgrounds and cultures, is also an important aspect of our religious worship, because it allows access to the divine through the most sources possible.

37. The specter or actual presence of armed law enforcement officers coming near or inside our meeting house during worship is very disturbing and would be incredibly disruptive and traumatic.

38. I believe that it may lead some members of our community to refrain from attending weekly worship in person, particularly Latino members and people with children.

39. If some people cease attending weekly worship, it would negatively affect the ability of our attenders and members to gather together for communal worship.

40. If some people cease attending weekly worship, my own ability to worship will be diminished.

41. If I were permitted to worship only with those with lawful immigration status, it would not only negatively affect my ability to worship with all-comers, but it would infringe my religious beliefs otherwise, including the Testimony of Equality.

42. The Friends are anti-violence and a peace church. We do not take up arms. And we stand in the power that removes the occasion of violence and war.

43. The presence of armed law enforcement officers near or inside our meeting house would undermine our ability to remove the occasion of violence, because it would create the opportunity for conflict and violence that go against our pacifist values.

44. The presence of armed law enforcement officers in our meeting house would also disrupt our worship in other ways, including by disrupting our ability to engage in the quiet reflection that is necessary to access the divine.

Washington, D.C.
January 25, 2025

*Ruby Jane Steigerwald*
Ruby Jane Steigerwald

7