# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>**U.S. Department of Homeland Security,** *et al.*,<br><br>　　　Defendants. | Civil Case No. _____ |

### DECLARATION OF RONI J. KINGSLEY

I, Roni J. Kingsley, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am Clerk of the Richmond Friends Meeting, located in Richmond, Virginia.

2. The Richmond Monthly Meeting is a congregation of the Religious Society of Friends.

3. It is part of the Baltimore Yearly Meeting, a regional Meeting of the Religious Society of Friends. The Baltimore Yearly Meeting has existed for more than 300 years.

4. I began attending the Richmond Friends Meeting in 1989 and became a member around 2000.

1

5. I have served as Clerk of the Richmond Friends Meeting since 2024. I served as Assistant Clerk from 2022-23.

6. I have been part of a number of committees in my time as an attendee and member of the Richmond Meeting, including the Peace and Social Concerns, Building and Grounds, Care and Counsel, Technical Support, Nominating, and Ministry and Worship Committees. Some committees require membership, some do not.

### Richmond Friends Meeting and worship

7. I regularly attend weekly worship at the Richmond Friends Meeting House.

8. The weekly worship meetings take place every Sunday, one at 9:30 a.m. and one at 11:00 a.m. Our meetings are open and anyone may attend.

9. The Richmond Friends Meeting congregation has roughly 225 regular attendees and members.

10. Richmond Friends Meeting is made up of attendees and members. Attendees are any people who attend our meetings. Members are people who have gone through the formal process of becoming a member of Richmond Friends Meeting and thereby the broader Religious Society of Friends.

11. An attendee can become a member by making a written request to the Clerk of Meeting who will then pass the request to the Care and Counsel Committee. This committee forms an ad hoc committee called a clearness committee. Members of the clearness committee meet, sit, and discuss

membership with the interested individual. If everyone feels clear following this process, the decision goes to the full Care and Counsel Committee which will make a recommendation for membership to the entire Richmond Friends Meeting at a monthly business meeting. Typically, approval is "held over" until the following month's business meeting to give people from meeting the opportunity to speak with the individual should they wish to.

12. The Richmond Friends Meeting is nonhierarchical. That means there is no clergy that leads worship, decides religious doctrine, or determines the content of any meeting for worship. Instead, we gather in silence for worship.

13. At meetings for worship, we gather in silence for a period of Spirit-led waiting worship that lasts one hour. A member of the Care and Counsel Committee is at the open door to greet people, especially newcomers. People find places to sit, and all benches face the middle. A member of the Ministry and Worship Committee sits on "facing bench" (a bench near the front of the room). This person will initiate and end worship as well as guide announcements after worship. There is no program of content planned in advance. If someone is moved to share a message, they rise and do so. This is called vocal ministry. Vocal ministry can take the form of giving a message, saying a prayer, singing a song, or asking the meeting to join them in song. When they are finished, they sit back down.

14. Individuals typically only share once during a meeting. People are asked not to respond to each other during meeting, but sometimes a thread or theme develops throughout a meeting. Some times there are no messages during a meeting. An hour of silence is not uncommon.

15. At the end of the hour, there is a shaking of hands initiated by the person on facing bench, which signals the end of worship.

16. On the third Sunday of every month, worship includes the business of Richmond Friends Meeting. It is referred to as Meeting for Worship with Attention to Business

17. On weeks where worship with attention to business takes place, the meeting hears recommendations from its committees about actions that the meeting may take and attends to perfunctory matters, like budgeting.

### Richmond Friends Meeting's decision making process

18. Richmond Friends Meeting seeks unity in our decision-making. We seek unity as a body, we do not vote. Decision-making is undertaken by the whole body, and it does not matter how long someone has been attending meeting. Nor does it matter whether they are an attendee or a member.

19. It is the Clerk's job to help the meeting consider the business before it. The Clerk does not control the conversation. Instead, the Clerk helps to guide consideration of the matters at hand.

20. The Clerk must get a sense of the unity and then test whether the meeting has come to unity during discernment.

### Richmond Friends Meeting's immigrant community interactions

21. In addition to being open to all, the Richmond Friends Meeting and its members engage directly with our local community in a host of ways.

22. Richmond Friends Meeting House hosts English classes for refugees and immigrants.

23. Richmond Friends Meeting House specifically makes the meeting house available to the community and for people that need space.

24. Being open to all is part of our ministry and core to our religious beliefs.

25. As part of our ministry, Richmond Friends Meeting House has supported immigrant women through programming and financial assistance, including sewing courses and helping to purchase sewing machines.

26. Unofficial community engagement is encouraged at the Richmond Friends Meeting as well, and members try to live through their values in the community, not just during meetings.

27. As an expression of living our faith through values in the community, attendees and members of the Richmond Friends Meeting have volunteered to drive people to immigration appointments, meet immigrants as they arrive at bus stations, and sponsor new immigrant families when they arrive in Richmond in partnership with Catholic Charities.

### The importance of meeting with all-comers

28. Richmond Friends Meeting is open to all-comers. It does not matter if it is someone's very first meeting or if they have been coming for decades. The doors are open, physically and metaphorically, to all at Richmond Friends Meeting. That is part of how we practice our faith.

5

29. At Richmond Friends Meeting, we give testimony to our spiritual lives by the way we live. Quakerism is not about what you believe, it's how you live. Our testimonies (Simplicity, Peace, Integrity, Community, Equality, and Stewardship of the Environment) are how we live our faith: personal, family life, in the community, and in the world.

30. Richmond Friends Meeting is rooted in communal experience. When someone speaks during meeting, it is similar to when a pastor speaks to a congregation, and it's to be taken the same way. It is ministry given to the congregation.

31. At Richmond Friends Meeting, the form of worship is "waiting worship." Everyone is collectively waiting together on Spirit. Our worship is not solitary, there is an understanding that we are gathered as a body. The meeting is not 50 distinct people sitting on their individual cushions. There is a spiritual connectedness to it. Even at a meeting where there might not be a message, there is a sense of togetherness with every single person in the room.

### Effects of ICE Enforcement at Richmond Friends Meeting and the presence of armed immigration officers

32. Any immigration enforcement action during our meetings would seriously harm Richmond Friends Meeting and its members.

33. Already, the threat of armed immigration officers has begun to have an impact on our meeting. At the suggestion that ICE could begin enforcement in or near a meeting, an attendee asked whether we would need to start

locking our doors during meetings. Closing off the meeting to the public is something we have never done before because it interferes with our religious commitment to communal worship.

34. The knowledge that ICE agents can interrupt our worship is also already making our members less likely to attend. A member of color expressed concern that he could be mistaken for being undocumented and feared the idea of enforcement actions in or around the meeting. We have other attendees of color who are less comfortable at meeting now that armed immigration officers can operate in or around the meeting.

35. The method of worship at Richmond Friends Meeting, open worship, works only because everyone is in a circle together. The doors are open, there's a greeter at the doorway to welcome people in. All of that is part of the spiritual hospitality that we want to have. The idea of the presence of law enforcement—or the threat of that presence—goes against that.

36. Pacifism is deeply ingrained in the Quaker faith and is the ideal that brought so many people to the doors of Richmond Friends Meeting. Our pacifism is much more than a surface level opposition to war. Pacifism is deeper and broader than that. For us, it includes inward peace and peace at home.

37. Knowingly putting a person in harm's way or risking their involvement in a violent encounter violates my religious beliefs. Having weapons or armed people in or around the meeting is inconceivable and contrary to our faith.

38. In our manner of waiting worship, we sit quietly, release distractions, and settle into an inner stillness that leads to Spirit-led listening. For this reason, too, having weapons or armed people in or around the meetings is inconceivable and contrary to our faith. Even the idea of there being weapons at meeting is distressing enough to make it very difficult to engage in waiting worship and will discourage attendance.

Henrico County, Virginia
January 26, 2025

Roni J. Kingsley

8