# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**U.S. Department of Homeland Security,** *et al.*,<br><br>　　　　Defendants. | Civil Case No. _____ |

## DECLARATION OF FRANCIE MARBURY

I, Francie Marbury, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am Member of the Putney Friends Meeting, located in Putney, Vermont.

2. The Putney Friends Meeting is a Worship Group of the Religious Society of Friends.

3. It is part of the New England Yearly Meeting, a regional Meeting of the Religious Society of Friends.

4. I began attending the Putney Friends Meeting over 20 years ago.

5. I served as Clerk of the Putney Friends Meeting from 2006 to 2011, and again from 2022 to 2024.

1

6. I have been part of a number of committees in my time as an attendee and member of the Putney Meeting, including the Social Justice Committee and the Childcare and First Day School Committee. Some committees require membership, some do not.

## Putney Friends Meeting and worship

7. I regularly attend weekly worship at the Putney Friends Meeting House.

8. The weekly worship meetings take place every Sunday, one at 8:30 a.m. and one at 10:30 a.m. At 10:00 a.m. we have intergenerational singing in between the two worship sessions. Our meetings are open and anyone may attend.

9. The Putney Friends Meeting congregation has approximately 100 regular attendees and members.

10. Putney Friends Meeting is made up of attendees and members. Attendees are any people who attend our meetings. Members are people who have gone through the formal process of becoming a member of Putney Friends Meeting and the broader Religious Society of Friends.

11. Attendees can become members by submitting a requestor for membership and consulting with a clearness committee. Following meetings with a clearness committee, the committee will make a recommendation to the full meeting on an individual's membership, where a decision is made.

12. The Putney Friends Meeting is nonhierarchical. That means there is no pastor that leads worship, decides religious doctrine, or determines the

content of any meeting for worship. Instead, we gather in silence for worship.

13. At meetings for worship, the doors are opened to allow people in. People sit down in the worship room where the seating is arranged in a circular manner. We gather in silence for a period of worship that lasts one hour. There is no content planned in advance. If someone is moved to share a message, they rise and do so. When they are finished, they sit back down.

14. On the third Sunday of every month, the Putney Friends Meeting includes attention to business as part of the weekly worship, at 12:00 p.m.

15. On weeks where worship with attention to business takes place, the meeting hears recommendations from its committees about actions that the meeting may take and attends to perfunctory matters, like budgeting.

### Putney Friends Meeting decision making process

16. Putney Friends Meeting seeks unity in our decision-making. We seek unity as a body, we do not vote. Decision-making is undertaken by the whole body, and it does not matter how long someone has been attending meeting. Nor does it matter whether they are an attendee or a member.

17. It is the Clerk's job to help the meeting consider the business before it. The Clerk does not control the conversation. Instead, the Clerk helps to guide consideration of the matters at hand.

18. The Clerk must get a sense of the unity and then test whether the meeting has come to unity during a decision-making.

**Putney Friends Meeting's immigrant community interactions**

19. In addition to being open to all, the Putney Friends Meeting and its members engage directly with our local community in a host of ways.

20. Putney Friends Meeting has a focus on welcoming the community.

21. Putney Friends Meeting has hosted fundraising events for community organizations. Such events include holding a silent auction and dinner to raise funds for the non-profit organization the Community Asylum Seekers Project.

22. Attendees of Putney Friends Meeting have also raised money for the non-profit organization Ethiopian Community Development Counsel.

23. Putney Friends Meeting has also supported applications for grants from the Bodine-Rustin Fund for Support and Action three times. Funds from the grant go towards supporting LGBTQ members of the community, including asylum seekers.

24. For the last few months, the Social Justice Committee of Putney Friends Meeting has maintained a peace vigil in the Putney Common for two Saturdays a month.

25. As part of our ministry, Putney Friends Meeting has supported the local immigrant and asylum community. This includes individuals from Putney Friends Meeting volunteering with the Community Asylum Seekers Project and the Ethiopian Community Development Counsel. Individuals that

4

volunteer with these nonprofit organizations report back to Putney Friends Meeting on their progress.

26. This ministry has a long history of caring for the immigrant community. In the 1980s, Putney Friends Meeting was involved in supporting a local migrant family, and efforts to support the Putney immigrant community go even further back, including welcoming Southeast Asian immigrant families moving to the area.

27. Interactions with the community outside Putney Friends Meeting is a way that people learn about, and sometimes explore, the Quaker faith.

### The importance of meeting with all-comers

28. Putney Friends Meeting is open to all-comers. It does not matter if it is someone's very first meeting or if they have been coming for decades. The doors are open, physically and metaphorically, to all at Putney Friends Meeting.

29. At Putney Friends Meeting, we give testimony to our spiritual lives by the way we live. Quakerism is not about what you believe, it's how you live. The testimonies are how we live our faith: personal, family life, in the community, and in the world.

30. Putney Friends Meeting is rooted in our shared experience and unity. Instead of having a pastor, our worship involves attendees speaking during meeting. We believe that everyone has spirit within them, regardless of race, status, or background.

31. When we worship, we worship together and are all joined in the room. That is why we refer to it as finding unity within the group.

**Effects of ICE enforcement at Putney Friends Meeting and the presence of armed immigration officers**

32. Putney Friends Meeting has never had to deal with immigration-enforcement operations before. Immigration enforcement would deeply impact worship. People would be scared of armed immigration officers sitting in the parking lot waiting for people to come out. The presence of armed officers would not only cause some people not to come to meeting, but it would force others to make decisions regarding how to deal with it. Some people would leave the meeting over it, some people would rather not be involved. Regardless, people should not have to make these choices regarding their faith.

33. Pacifism is deeply ingrained in the Quaker faith generally and Putney Friends Meeting specifically. Our pacifism is much more than a surface level opposition to war. Pacifism is deeper and broader than that. For us, it includes inward peace and peace at home. The very idea of there being weapons or armed people in or around the meeting is inconceivable, we've never even discussed having a no-weapons policy. Even the idea of there being weapons at meeting is totally distressing.

Putney, Vermont
January 25, 2025

*Francie Marbury*
Francie Marbury