# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. Department of Homeland Security,** *et al.*, <br><br> Defendants. | Civil Case No. _____ |

### DECLARATION OF CHRISTIE DUNCAN-TESSMER

I, Christie Duncan-Tessmer, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

**The history and structure of Philadelphia Yearly Meeting of the Religious Society of Friends**

1. Philadelphia Yearly Meeting is a formal and legal association of local Quaker congregations in Pennsylvania, Delaware, Southern New Jersey, and the Eastern Shore of Maryland.

2. Philadelphia Yearly Meeting is located at:

    1515 Cherry Street

    Philadelphia, PA 19102

3. The Yearly Meeting is legally incorporated as a church and a 501(c)(3).

1

4. A Yearly Meeting in the Quaker religion is an association, a yearly gathering, and the way of describing Quakers within a certain region.

5. Philadelphia Yearly Meeting has met continuously since 1682.

6. Philadelphia Yearly Meeting played a central role in the history of the freedom of religious exercise in this country. Philadelphia Yearly Meeting started the year after William Penn established Pennsylvania. As a Quaker, Penn was all too familiar with the religious discrimination that Quakers faced in England and other colonies, including Massachusetts.

7. In 1701, Penn established the Charter of Privileges, which guaranteed freedom of worship in Pennsylvania. The Charter of Privileges became one of the foundations of the protections for religious freedom in the First Amendment to the United States Constitution.

8. In 1804, the Friends built the Arch Street Meeting House on land granted by William Penn to the Friends. Philadelphia Yearly Meeting owns Arch Street Meeting House, the largest in the world, which is the location of a local congregation (monthly meeting) and Philadelphia Yearly Meeting's gathering of members.

9. Philadelphia Yearly Meeting gathers at Arch Street Meeting House two times yearly for worship and to make decisions about issues that affect the constituent quarterly and monthly meetings.

10. Because of size constraints at Arch Street Meeting House, Philadelphia Yearly meeting has its primary annual gathering on a college campus.

11. Monthly meetings are the heart of the Quaker community. Legally and practically, they are the constituent parts that make up the Yearly Meeting.

12. All Philadelphia Yearly Meeting's constituent monthly meetings are asked to send an annual report, called the State of the Meeting, to Philadelphia Yearly Meeting. A committee of Philadelphia Yearly Meeting reads the reports, complies them into a single report, and reports on them at our annual gathering in the summer.

13. In the past, when an issue of concern arises in a State of the Meeting report, the committee contacts the monthly meeting to offer it support and guidance.

14. Monthly meetings fund Philadelphia Yearly Meeting. Approximately 1/4 of the budget of Philadelphia Yearly Meeting comes from monthly meetings.

15. A loss of members would harm the monthly meetings and Philadelphia Yearly Meeting.

16. Philadelphia Yearly Meeting does not have its own congregation in the same way that a monthly meeting does. Rather, Philadelphia Yearly Meeting is the interconnection of Friends from across all the meetings into larger community to support and care for one another and the community as a whole.  It gathers three times annually for worship, fellowship, advocacy, and decision-making about the development of the Quaker faith (called "sessions"). It also gathers Friends and meetings together throughout the

year in a variety of programs, communications channels and gathering for mutual spiritual and practical support and growth.

17. When we meet, the Yearly Meeting has its own clerk and the community as a whole guides Philadelphia Yearly Meeting's religious development and service in the world.

18. Philadelphia Yearly Meeting's gatherings are attended by members and attenders of monthly meetings throughout Philadelphia and others interested in exploring or developing ties with the Quaker faith.

19. Our gatherings are open to anyone who wants to attend. Some events at the gatherings are geared toward the public in addition to our members. I know of times at past gatherings in which non-Quakers attended those events then decided to stay for our worship sessions. We did not know the immigration status of those attendees, and we would never ask.

20. Philadelphia Yearly Meeting would never turn anyone away from our gatherings based on their immigration status, and we do not ask about immigration status.

21. Because Quakers believe that any and every person can experience God directly in a way that should be shared with others, we encourage and welcome people from all walks of life.

22. In 2014, Philadelphia Yearly Meeting adopted a series of strategic directions that reflect this belief and highlight our connections to immigrant populations.

23. The first strategic direction is connecting:

    We will share among us the wisdom, creativity, and resources of our meetings and Friends, so they may resonate throughout the whole community and allow us to thrive in relationship with the Divine. Individuals and meetings will give time, gifts, and experience in service, and in turn receive new insight, grounding, and friendships, directly and indirectly enriching their meetings and their own spiritual lives.

    We will connect Friends across the geography of PYM and with Friends from the wider world, in order to carry our concerns together. We will do this in a manner that allows everyone to participate in the life of the community.

24. Another strategic direction is belonging:

    Because we are all interconnected, we seek to increase a sense of belonging to an extended family of Friends. To be effective and whole, we need each other. Our personal experience of being a Friend is deepened by worshipping, discerning business, and sharing community beyond our home meetings. Friends of all ages, locations, and interests will have ways of entering the community and will feel glad they've participated.

    We will look courageously into the roots of inequity in our culture, be willing to see and feel the pain it can cause and choose to do whatever is necessary to take risks and to change. We will dismantle imposed barriers in our yearly and monthly meeting structures and activities, which impede our experience of God within our communities and within ourselves. We seek to make the congregations inside of our meetinghouses reflect the beauty and diversity of the world outside of them.

25. Although Quakers generally do not proselytize, it is essential to encourage others for whom this path is meaningful to join us.

26. Philadelphia Yearly Meeting engages with the non-Quaker community in various ways. For example, there are groups within Philadelphia Yearly

Meeting—called collaboratives—that work with people outside the Quaker community to address issues including the Middle East as well as racial and environmental justice. That work brings Philadelphia Yearly Meeting members into relationships with people from all walks of life who then learn about our faith.

27. Philadelphia Yearly Meeting, like Quakers generally, understand ourselves as a global community.

28. The global connection is not hypothetical or theoretical. Friends World Committee for Consultation conducts a worldwide Quaker census every decade (of which Philadelphia Yearly Meeting was a part). There are Quakers in 87 different countries.

29. Our beliefs, combined with the global nature of the Quaker faith, brings us into close relationship with immigrant populations.

30. For example, one of our monthly meetings developed a close relationship with a family of East Africans who are Quaker and lived in a refugee camp in Syria before relocating to the United States. The family began its own Quaker congregation, which is not a part of Philadelphia Yearly Meeting, but meets in the meeting house of the monthly meeting that is part of Philadelphia Yearly Meeting.

31. Another Philadelphia Yearly Meeting monthly meeting is located in an area with a high immigrant population. That monthly meeting is very involved in the local community, including through working with organizations made

up of immigrants. The monthly meeting does not inquire as to anyone's immigration status.

32. Our extensive work in our communities—especially with those most in need—is a way that people learn about, and become interested in, the Quaker faith.

### My role in the Philadelphia Yearly Meeting and my faith

33. I am the General Secretary of Philadelphia Yearly Meeting. The position is roughly equivalent to that of Executive Director for the organization.

34. As General Secretary, I serve as the legal agent and representative of Philadelphia Yearly Meeting.

35. The position of General Secretary answers to councils, which together function like a Board of Directors.

36. Philadelphia Yearly Meeting has 25 full- or part-time staff.

37. I have been in my position for 10 years.

38. I have been employed in various positions in the Quaker faith since 1997.

39. I am an active member in the Religious Society of Friends through my membership at Chestnut Hill Friends monthly meeting.

40. I started attending Chestnut Hill Friends in 1995 and became a member in 1999.

41. A core part of my Quaker beliefs is that we must be open and welcoming to anyone who wants to join us in worship. I believe that a broader

representation of lived experience—including those of immigrants, regardless of their legal status—is critical to exercise of my faith.

42. I believe that any immigration-enforcement action at a Quaker house of worship would cause serious harm to the religious exercise of Philadelphia Yearly Meeting and its member monthly meetings. And I believe that the threat of immigration-enforcement actions at a Quaker house of worship causes serious harm to the religious exercise of Philadelphia Yearly Meeting and its member monthly meetings.

43. Quakers have held a religious commitment against violence in all forms as a founding principle of the faith.

44. I have never seen a weapon in a Quaker meeting. The presence of a weapon in a Quaker meeting would be absolutely unacceptable.

45. I understand the immigration-enforcement officers generally are armed.

46. I believe that the presence of armed officers at a meeting would cause significant harm to our religious exercise.

47. Knowing that immigration enforcement can happen at a monthly meeting, at any of our worship events throughout the year, or at our annual gathering, I cannot be as encouraging of immigrants joining us for worship. As much as their presence would benefit our religious experience, I do not feel comfortable knowing that their attendance could subject them to armed federal officers.

48. I believe that Department of Homeland Security's new immigration-enforcement policy burdens Philadelphia Yearly Meeting's ability to pursue its strategic directions of connecting and belonging, which are rooted in Quaker faith.

Philadelphia, Pennsylvania
January 25, 2025

Christie Duncan-Tessmer