# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*,

    Plaintiffs,

v.

**U.S. Department of Homeland Security,** *et al.*,

    Defendants.

Civil Case No. _____

**DECLARATION OF SARAH GILLOOLY**

I, Sarah Gillooly, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

**The history and structure of Baltimore Yearly Meeting of the Religious Society of Friends**

1. Baltimore Yearly Meeting of the Religious Society of Friends, Inc., is the association of the members of 43 local Quaker congregations—Monthly Meetings—in Maryland, Pennsylvania, Virginia, West Virginia, and Washington, D.C.

2. Baltimore Yearly Meeting is located at:

    17100 Quaker Lane

    Sandy Spring, MD 20912

1

3. Baltimore Yearly Meeting is a church and legally incorporated 501(c)(3) nonprofit organization.

4. Baltimore Yearly Meeting has met continuously (except for a single year during the influenza pandemic) since 1672. It is the third oldest Yearly Meeting in the world.

5. A Yearly Meeting in the Quaker religion is an association, a yearly gathering, and a way of describing Quakers within a certain region.

6. The Yearly Meeting is the highest organizational body in the Religious Society of Friends.

7. Monthly meetings are the heart and basic organizational unit in the Quaker religion. Generally, monthly meetings have their own governing instruments and budgets and own or rent a meeting house. Most community-based activities happen at monthly meetings.

8. To be a monthly meeting in the Religious Society of Friends, a meeting must be recognized by the yearly meeting.

9. Quarterly meetings are gatherings of monthly meetings. They gather 3-4 times a year for worship and to make decisions about issues that concern the monthly meetings in the region. Many, but not all, monthly meetings in Baltimore Yearly Meeting are members of a quarterly meeting.

10. Baltimore Yearly Meeting is composed of an estimated 5,558 members from its 43 constituent Monthly Meetings, as well as several informal worshipping communities.

11. Monthly meetings within Baltimore Yearly Meeting are guided by a common faith and practice.

12. Baltimore Yearly Meeting instructs its monthly meetings on minimum requirements to be recognized as a monthly meeting and retains the authority to discontinue a monthly meeting.

13. Each constituent monthly meeting sends an annual report to Baltimore Yearly Meeting on the spiritual state of the meeting.  These reports are published for the information of all monthly meetings and are also summarized in the annual gathering. Baltimore Yearly Meeting will offer spiritual and practical support to monthly meetings based on the content of those reports.

14. Baltimore Yearly Meeting does not manage the budget of its monthly meetings. If a monthly meeting closes down, generally the monthly meeting's assets transfer to Baltimore Yearly Meeting.

15. Monthly meetings fund Baltimore Yearly Meeting in part. Approximately 1/6 of the budget of Baltimore Yearly Meeting comes from monthly meetings in the form of apportionment. These payments are made according to guidelines set by the yearly meeting, but each monthly meeting discerns the final amount.

16. A loss of members would harm the monthly meetings and Baltimore Yearly Meeting. Losing members would mean financial loss in addition to loss of spiritual and denominational unity.

17. Baltimore Yearly Meeting gathers four times per year for worship, fellowship, and decision-making about the development of the Quaker faith in our region.
18. We understand those gatherings to be gathered meetings for worship.
19. When we meet, we understand the Yearly Meeting to be its own worshipping body. As part of the worshipping body, Baltimore Yearly Meeting has its own clerk and those who guide its religious development and service in the world.
20. Baltimore Yearly Meeting emphasizes that all Quakers in its region are part of our community. Its gatherings are attended by the members of its constituent monthly meetings and others who are not official members but are active participants in our worshipping body.
21. All are welcome to attend Baltimore Yearly Meeting's gatherings. Baltimore Yearly Meeting would never turn anyone away, and we do not ask about immigration status.
22. It is generally understood that individuals not active in a monthly meeting will likely not play a substantial role in decision-making at Baltimore Yearly Meeting's gatherings, but all are welcome to attend and to worship.
23. Because we believe that anyone can experience God directly, and that such experiences is to be shared with others, our faith requires us to welcome anyone who wants to join.
24. We understand ourselves to be part of a worldwide body of Quakers.

25. Some of Baltimore Yearly Meeting's constituent monthly meetings are located in areas with large populations of immigrants.

26. Some monthly meetings of Baltimore Yearly Meeting have a substantial number of active members or attenders who are immigrants, particularly African immigrants.

27. The Quakers have a long tradition of hosting people who come from places where there is ongoing violence or civil unrest. Our hospitality is an exercise of our faith. Our hospitality does not turn on someone's legal status.

28. An important aspect of our faith in Baltimore Yearly Meeting is the practice of "intervisitation"—the spiritual practice of visiting Quakers from different parts of the world and different branches of Quakerism.

29. Practicing intervisitation is an important means of building and maintaining our relationship with our coreligionists across theological and geographical differences, as our Quaker faith requires.

30. As part of that effort, I and other members of Baltimore Yearly Meeting have attended events hosted by Evangelical Quakers, many of whom are Spanish-speaking.

31. In 2023, I was part of a delegation of Quakers to Kenya for a worldwide gathering with coreligionists.

5

**My role in the Baltimore Yearly Meeting and my faith**

32. I am General Secretary of Baltimore Yearly Meeting. The position is roughly equivalent to that of Executive Director for the organization.

33. As General Secretary, I serve as the legal agent and representative of Baltimore Yearly Meeting.

34. The position of General Secretary ultimately answers to the Trustees of Baltimore Yearly Meeting.

35. The General Secretary directly supervises approximately 12 staff members. Baltimore Yearly Meeting also employs approximately 150 seasonal workers in the four summer camps that it operates, which serve approximately 500 children.

36. I have been in my position for 3 1/2 years.

37. I am an active member of the Religious Society of Friends and a member of Adelphi Friends Meeting in Adelphi, Maryland.

38. I will complete my seminary education in Spring 2025 and am in the process to be recognized as a Recorded Minister.

39. I also volunteer part-time as a Quaker chaplain at a local hospital in Washington, D.C.

40. I believe that any immigration-enforcement action at a Quaker meeting house or at any place where a meeting for worship is occurring would cause serious harm to the religious exercise of Baltimore Yearly Meeting and its members in its constituent monthly meetings. And I believe that the threat

6

of immigration-enforcement actions at a Quaker meeting house or at any place where a meeting for worship is occurring causes serious harm to the religious exercise of Baltimore Yearly Meeting and its members in its constituent monthly meetings.

41. Knowing that immigration enforcement can happen at a monthly meeting, annual gathering, or other worship event, my ability be a servant-leader to these meetings is hampered, and I cannot be as encouraging of immigrants joining us for worship. As much as their presence would benefit our religious experience, I do not feel comfortable knowing that their attendance could subject them to armed federal officers.

42. Knowingly putting a person in harm's way or subjecting them to the possibility of a violent encounter would violate my religious beliefs.

43. I believe that threatened or actual immigration-enforcement action near or inside a Quaker meeting house or at any place where a meeting for worship is occurring may lead some to refrain from attending worship services.

44. Quakers have held a religious commitment against taking up arms for more than 350 years. I do not recall ever seeing a gun, or a weapon of any kind, in a Quaker meeting.

45. The presence of armed law enforcement officers in or near a meeting house would cause significant harm. It would cause immediate and lasting disruption to our ability to worship.

46. I believe that the Department of Homeland Security's new immigration-enforcement policy burdens our ability to continue the spiritual practice of intervisitation.

Washington, D.C.
January 26, 2025

*Sarah Gillooly*
Sarah Gillooly