# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Philadelphia Yearly Meeting of the Religious Society of Friends, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Civil Case No. _____ |

## DECLARATION OF ROBIN MOHR

I, Robin Mohr, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am Clerk of the Green Street Meeting, located in Philadelphia, Pennsylvania.

2. Green Street Meeting is a Monthly Meeting. It is one of the seven Monthly Meetings that constitute the Philadelphia Quarterly Meeting, and it is part of the Philadelphia Yearly Meeting.

3. I have attended Green Street Meeting since 2011 and became a member in 2012.

4. I have served as Clerk of the Nominating Committee and Clerk of the Children's Religious Education Committee and been a member of the

1

Property Committee and Hospitality Committee at the Green Street Meeting.

5. And I am an attender and participant at annual sessions of Philadelphia Yearly Meeting.

6. I previously attended and was a member of the San Francisco Monthly Meeting, which I attended from 1995 to 2011.

7. While a member of the San Francisco Monthly Meeting, I was a member of the Ministry and Oversight Committee, Children's Religious Education Committee, News Committee, and Hospitality Committee.

8. From 2011 until 2024, I was formerly the Executive Secretary of the Friends World Committee for Consultation, Section of the Americas, which fosters fellowship among all the branches of the Religious Society of Friends.

9. I am also a speaker, writer, and movement leader within the Religious Society of Friends. I speak and write about the sustainability of the denomination, how our modern practice builds on our traditional practices, and building bridges among different branches of Friends and across differences of theology, language, geography, and cultural and racial divisions.

**Relationship between Green Street Meeting and Philadelphia Yearly Meeting**

10. Green Street Meeting is one of the member monthly meetings that makes up Philadelphia Yearly Meeting.

11. Members of Green Street Meeting have been staff members or volunteers with different committees of the Philadelphia Yearly Meeting.

12. The Philadelphia Yearly Meeting provides programming support to the Green Street Meeting, including spiritual formation programs and sessions for dealing with the business of the Philadelphia Yearly Meeting.

13. The Philadelphia Yearly Meeting also provides financial support to the Green Street Meeting, including for the education of children, for members experiencing economic hardships, and for those suffering for conscience's sake, including money to support the family of a Friend who has been imprisoned for conscience-related reasons.

14. Green Street Meeting makes a financial contribution every year to the Philadelphia Yearly Meeting.

### My worship at the Green Street Meeting

15. I regularly attend weekly worship at the Green Street Meeting.

16. Worship is held in expectant waiting on the movement of the Holy Spirit.

17. It begins with people gathering in silence to listen for God speaking to us. When we stop talking, we can hear more clearly.

18. If someone feels moved by the Holy Spirit to minister out loud, they may be moved to rise and speak.

19. Our worship is called "unprogrammed worship," because there is no plan for who will speak, or when. There may be messages for anyone in the room.

20. After worship concludes, we share food, which is an important part of our spiritual practice of community.

21. The Green Street Meeting offers remote participation in weekly worship via Zoom.

22. While it is important because it allows people who are not able to attend in person to participate in weekly worship, I have a much deeper and more profound experience when members are gathered together physically.

### The importance of communal worship with all-comers, including immigrants

23. Communal worship is a core aspect of my faith and religious exercise, and restrictions on communal worship would negatively affect my religious exercise and ability to practice my faith.

24. Quakers have traditionally gathered together in person.

25. We believe that God is speaking all the time. We prepare ourselves to listen better when we gather together.

26. There is something in the spiritual nature of human beings coming together that enables us to listen better to the Holy Spirit speaking to us.

27. We believe in the ability of all people to minister.

28. Openness to all people who come through our doors is part of the Christian witness and our Quaker witness. We believe that all people are able to channel the Holy Spirit and to minister to our community.

29. Because everyone receives messages of the Holy Spirit in a different way, having as many people attend our meetings as possible allows for more

4

people listening, and more opportunities to grasp messages of the Holy Spirit from others.

30. Hearing from people who have different experiences and understandings of the Holy Spirit enriches our practice.

31. The Quakers have a long tradition of welcoming immigrants and refugees in our communities. Supporting the stranger in our midst is part of our religious practice.

32. Green Street Meeting has focused on ensuring that it is an open and welcoming community, including for members of the immigrant community. Among other things, we welcome people at the door before worship, invite visitors and new attenders to introduce themselves, share food together after worship, and ensure that our religious education and other materials reflect a diversity of faces, voices, and languages.

33. The threat or presence of armed law enforcement officers coming near or inside our meeting house during worship would disrupt the peaceful practice of our religion.

34. I believe that the threat or presence of armed law enforcement officers coming near or inside our meeting house may deter people from attending worship.

35. The Green Street Meeting has members who are immigrants. Some of them have shared their fear of immigration enforcement, even though they are U.S. citizens.

5

36. If some people cease attending weekly worship, it would negatively affect the ability of our attenders and members to gather together for communal worship.

37. If some people cease attending weekly worship, my own ability to worship will be diminished.

38. We are traditionally and currently opposed to the use of armed violence for any purpose.

39. Many Quakers have chosen our denomination because of our commitment to peace and nonviolence, and because they understand that Quaker meetings are a place of peace and nonviolence.

40. The threat or presence of armed law enforcement officers in or near our meeting house would be a violation of our space.

41. The threat or presence of armed law enforcement officers coming near or inside our meeting house during worship would also make it more difficult to center and listen to the word of God inside our hearts.

Philadelphia, Pennsylvania
January 26, 2025

Robin Mohr