# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Philadelphia Yearly Meeting of the Religious Society of Friends et al. <br> **Plaintiff,** <br> v. <br> U.S. Department of Homeland Security and Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security <br> **Defendant.** | * <br><br> * <br><br> * <br><br> * |

Case No. 8:25-cv-00243

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the __Plaintiffs__

I certify that I am admitted to practice in this Court.

January 27, 2025
Date

/s/ Alethea Anne Swift
Signature

Alethea Anne Swift, Bar No. 30829
Printed name and bar number

P.O. Box 34553, Washington D.C. 20043
Address

aswift@democracyforward.org
Email address

202-899-9065
Telephone number

202-796-4426
Fax number