

January 30, 2025

The Honorable Judge Theodore D. Chuang
District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770

Re:    Notice of intent to file a motion in Philadelphia Yearly Meeting of the Religious Society of Friends, et al., v. Kristie Noem, et al., Civil Action No. TDC-25-0243

Dear Judge Chuang,

My organization represents Plaintiffs in *Philadelphia Yearly Meeting of the Religious Society of Friends v. DHS*, Civil Action No. TDC-25-0243. We write to provide notice of our intent to file an application for emergency relief.

As we wrote to Defendants this morning, Ex. A, the weekend is when many people, including our clients, gather with their religious communities for worship. They assemble to speak to and hear from God, sing hymns, break bread, receive essential services, and build community. Last week, DHS withdrew a policy that has been in place for over 30 years that restricted immigration-enforcement actions in or near houses of worship. With little explanation, DHS's new policy now requires only that agents use their "common sense." The threat of roving enforcement by armed government agents (and reports of ICE agents already arresting people at houses of worship) is actively deterring people across the country from exercising their faith.

Our clients are over 200 Quaker houses of worship spanning 12 states (and the District of Columbia). Deterring people from attending worship hurts not only those who are afraid to attend, but also Quaker meetings and their congregants, whose foundational religious practice of communal worship is no longer open to all. As a result, their ability to hear from and speak to God is impeded. The threat of armed intrusion into worship spaces also infringes on Quaker religious practice: Quaker faith is rooted in nonviolence, and the ever-present possibility of armed agents interrupting worship hinders their ability to engage in "expectant waiting," a core practice. DHS's policy thus must meet the strictest of justifications. It cannot. For those reasons, among others, DHS's new policy violates Plaintiffs' rights under the First Amendment, the Religious Freedom Restoration Act, and the Administrative Procedure Act.

It is essential that DHS pause implementation of its new policy and restore the status quo before the coming weekend. Doing so will protect the core religious freedoms of people across the country while giving the Court time to establish a briefing schedule and evaluate the parties' arguments.

Defendants responded to our letter shortly before 4:00 p.m. today indicating that they expect to have a response tomorrow morning. We hope that DHS will pause its new policy, thus removing

Democracy Forward   |   democracyforward.org   |   202-448-9090
P.O. Box 34553, Washington, D.C. 20043



the need for immediate Court intervention. But considering the swiftly approaching weekend and the associated irreparable harm to the religious freedoms of people nationwide, we decided to advise the Court of the potential need for a telephonic pre-motion conference or other guidance. Should the parties resolve this independently, we will notify the Court immediately.

Sincerely,

Bradley Girard[+]
Senior Counsel

Alethea Anne Swift
Senior Counsel

Sarah Goetz
Andrew Bookbinder
Audrey Wiggins
Skye Perryman
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
aswift@democracyforward.org
bgirard@democracyforward.org
sgoetz@democracyforward.org
abookbinder@democracyforward.org
awiggins@democracyforward.org
sperryman@democracyforward.org

[+] *Application for admission pending*