# Exhibit A



January 30, 2025

Kristi Noem
Secretary
Department of Homeland Security
2707 Martin Luther King Jr Ave. SE
Washington, DC 20528

John Griffiths, Diane Kelleher, and Alex Haas
Civil Division, U.S. Department of Justice
Federal Programs Branch
950 Pennsylvania Ave. NW
Washington, DC 20530

Dear Secretary Noem, Mr. Griffiths, Ms. Kelleher, and Mr. Haas:

 My organization represents over 200 Quaker houses of worship spanning 12 states (and the District of Columbia) in *Philadelphia Yearly Meeting of the Religious Society of Friends v. DHS*, No. 8:25-cv-243 (Jan. 27, 2025 D. Md.). On behalf of our clients—and people of faith across the country—we write to ask that you voluntarily pause DHS's new policy allowing immigration-enforcement activities at houses of worship. Because of reports of increasing immigration enforcement, including attempts to enter houses of worship during services and at least one arrest at a house of worship, we believe an immediate pause in the government's new policy to restore the status quo is necessary.[1] A pause will allow people to continue to exercise their religious beliefs and will allow the parties to agree to a briefing schedule in our matter so the court can consider the issue on a nonemergency basis.

 For many people, including our clients, the weekend is when they gather with their religious communities for worship. They assemble to speak to and hear from God, sing hymns, break bread, receive essential services, and build community. The threat of roving enforcement by armed government agents (and reports of ICE agents already arresting people at houses of worship) is deterring people from exercising their faith. Pausing implementation of your new policy and restoring what was the status quo for more than three decades before the coming weekend will protect the core religious freedoms of people across the country while the court determines

---

[1] *See, e.g.*, Nick Miroff & Maria Sacchetti, *Trump officials issue quotas to ICE officers to ramp up arrests*, Washington Post (Jan. 26, 2025), https://tinyurl.com/2zdehrtm; Allison Walker, *ICE Says 'Sorry' After Detaining US Citizens for Speaking Spanish: Report*, Latin Times (Jan. 29, 2025), https://tinyurl.com/4h4bjmpm; Billal Rahman, *ICE Strikes During Church Service to Arrest Migrant*, Newsweek (Jan. 30, 2025), https://tinyurl.com/yzkkzu4d.



whether, in accordance with decades of DHS policy, protecting religious exercise requires more than absolute trust in the "common sense" of an individual agent.

For more than 30 years, DHS and its predecessor, INS, have recognized that worship is an "essential activity" and, as a result, that agents need a very good reason to conduct enforcement operations at houses of worship. DHS's new policy, on the other hand, ignores the critical role that religion plays in people's lives. Instead, it treats houses of worship as little more than hiding places—nooks from which to root out criminals. The new policy leaves government interference in core rights to the subjective "common sense" of enforcement agents.

Our laws demand more.

As detailed in our complaint, the right to associate for religious exercise, including communal religious worship, is well established. DHS's new policy violates that right by deterring worshippers from attending services or otherwise joining their religious communities. That harms not only those who are too fearful to attend services, but also their fellow congregants and houses of worship themselves. This is especially true for Quakers, who deeply believe that every person, no matter their background, can receive and deliver messages from God. Put simply, deterring attendance at Quaker worship impedes our clients' ability to experience the divine.

While the government may be permitted to impede religious gathering in limited circumstances, the Constitution prohibits it from doing so absent (1) a substantial relationship between the government's activities and a sufficient government interest, and (2) demonstrating that its actions are narrowly tailored to that interest. That is not possible here, as the government has acknowledged for decades that it is perfectly capable of enforcing immigration laws without trampling the religious rights of worshippers.

DHS's policy is also outlawed by the Religious Freedom Restoration Act. As explained above, the policy actively deters immigrants from attending services and, as such, reduces our clients' ability to deliver and receive messages from God. It also exposes congregants to the possibility of armed intrusion into their place of worship, which makes it impossible for our clients to practice the expectant waiting that is a cornerstone of their religious practices. If that isn't a substantial burden on religious exercise, what is?

For those and other reasons, we are confident that DHS's new policy is unlawful. The Constitution and our federal laws give every person in this country the right to exercise their faith, and we believe that right should be protected until the court has an opportunity to review this matter on a nonemergency basis. We reiterate our request that DHS pause its new policy, disallow immigration-enforcement activities at or near houses of worship, and work with us to identify an appropriate briefing



schedule. If you decline to return to what has been DHS's practice for decades, we will be given no choice but to protect the constitutional and statutory rights of our clients in any way necessary, including through seeking emergency injunctive relief.

**We request that you respond to this letter by 4:00 p.m. today**. If you have any questions or wish to discuss a proposed briefing schedule, please contact me by email or phone.

Sincerely,

_____
Bradley Girard
Senior Counsel
Democracy Forward Foundation
bgirard@democracyforward.org
(201) 824-1304

3