UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PHILADELPHIA YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS,
NEW ENGLAND YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS,
BALTIMORE YEARLY MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS, INC.,
ADELPHI FRIENDS MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS and
RICHMOND FRIENDS MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS,

    Plaintiffs,

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY and
KRISTI NOEM,
*in her official capacity as Secretary of
Homeland Security*,

    Defendants.

Civil Action No. TDC-25-0243

## ORDER

For the reasons stated during the January 31, 2025 Case Management Conference, it is hereby ORDERED that:

1. Plaintiffs are granted leave to file an Amended Complaint and a Motion for a Temporary Restraining Order and Preliminary Injunction. The Amended Complaint and Motion will be deemed timely if filed by **Tuesday, February 4, 2025**.

2. Defendant's Opposition to the Motion is due by **Friday, February 7, 2025**.

3. Any reply brief on the Motion is due by **Monday, February 10, 2025**.

4. A hearing on the Motion shall be scheduled for **Wednesday, February 12, 2025** at 9:30 a.m.

Date: February 4, 2025



THEODORE D. CHUANG
United States District Judge