UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Civil Action No. 8:25-cv-00243-TDC |

### NOTICE OF APPEARANCE

Please enter the appearance of Kristina A. Wolfe, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for the Defendants in this case.

Dated:  February 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

/s/ *Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW, Room 7506
Washington, D.C. 20530

                                  Tel: 202-353-4519
                                  Fax: 202-616-8470
                                  Email:  Kristina.Wolfe@usdoj.gov