IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*, <br><br>               Plaintiffs, <br><br> v. <br><br> **U.S. Department of Homeland Security,** *et al.*, <br><br>               Defendants. | **Civil Case No. 8:25-cv-243-TDC** |

### ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion for a temporary restraining order and preliminary injunction, Defendants' opposition, Plaintiffs' reply, and argument held on February 12, 2025, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants are **ENJOINED** from implementing, enforcing, acting pursuant to, or reinstating under a different name the Department of Homeland Security's 2025 Policy regarding enforcement actions in or near houses of worship—as announced in the January 20, 2025 memo from acting DHS secretary Benjamine Huffman; it is further

**ORDERED** that Defendants are **ENJOINED** from carrying out immigration-enforcement operations at houses or worship absent a judicial warrant or exigent circumstances; it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d).

**SO ORDERED.**

Dated: February __, 2025

                                                  The Hon. Theodore D. Chuang
                                                  United States District Judge