# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Homeland Security,** *et al.*,<br><br>Defendants. | Civil Case No. _____ |

### DECLARATION OF MICHAEL LEVI

I, Michael Levi, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

**My knowledge of the Quaker faith**

1. I am a member of Adelphi Friends Meeting of the Religious Society of Friends, located in Adelphi, Maryland.

2. I have been attending Adelphi Friends Meeting since the mid 1990s.

3. I became a member of the meeting around 2004.

4. I am currently a member of two committees: the Ministry and Worship Committee and the Change Group.

5. I have served in various roles in Adelphi Friends Meeting in the past, including Clerk, Assistant Clerk, Treasurer, Assistant Treasurer, and as a member and often clerk of various other committees.

6. In addition to my thirty-plus years of worship, I have studied the Quaker faith extensively.

7. Over the years, I have taught a class on the core tenets of Quaker faith and practice between fifteen and twenty times. I have taught the class at Adelphi Friends Meeting, at a Friends School, and at the Friends General Conference—a yearly gathering of different Quaker groups and meetings.

8. There are four main branches of Quakerism: the liberal branch, the conservative branch, the Friends United Meeting, and the Evangelical Friends.

9. Adelphi Friends Meeting falls under the liberal branch. The name is not reflective of any political ideology.

10. The liberal branch of the Quaker faith has two distinguishing features. First, worship is unprogrammed, meaning that services are not conducted by any preacher or religious leader. Second, we have a diverse theological understanding. Although Quakerism came out of the Christian tradition, the liberal branch recognizes that many Friends do not consider themselves Christians.

11. Because the Quaker faith is not controlled or determined by any earthly authority, my understanding of the faith may differ from the understanding

of others. That being said, what follows is a description of the faith that I believe generally holds true in the liberal branch of Quakerism.

### Core tenets of the faith

12. There are four core insights into what it means to be a Quaker: encounter, worship, discernment, and testimony.

**Encounter**

13. Quakers believe that humans can and do experience God directly—known as "encounter."

14. We have no human who directs our spiritual development. There is no creed, no catechism, and no canonical statement of belief.

15. We believe that, at any given time, any given person may experience the divine. And that person may receive a message that is intended to be shared broadly.

16. Put another way, everyone who enters the door to a meeting house may be a source of divine revelation.

17. We believe that different life experiences lead people to hear and understand the Spirit of God in somewhat different ways. So having a diversity and richness of human experience gives us a richer, fuller understanding of how God is speaking to us individually and as a community.

18. It is essential for our spiritual development to be able to hear God's word, no matter who it comes from.

**Worship**

19. Quakers have developed practices that encourage that encounter—known as "worship."

20. In our scheduled, regular worship, we gather—generally in the Meeting House—and sit in expectant waiting.

21. To some, it might look like we are sitting silently, not doing anything. In fact, there is a great deal happening that is not visible or audible. Every person is quieting their mind and emotions, making space for God to enter.

22. For some, God enters and delivers a message that is personal.

23. For some, God enters and delivers a message that is intended to be shared with the rest of the worshippers. When someone receives that kind of message, they stand and speak, sharing that message with the rest of the Meeting. That is called vocal ministry.

24. Vocal ministry can come from anyone, no matter their background or how long they have been a worshipping Quaker.

25. The communal aspect of worship is central to the exercise of the Quaker faith. There are meetings that people refer to as "gathered meetings." In a gathered meeting, there is a feeling among everyone in the room that we are truly together in that moment. It just happens—there is a deep spiritual bond and a love for everyone in the meeting that spring from our communal togetherness. At the end of a gathered meeting, it is obvious to everyone in the room that something special has happened.

4

**Discernment**

26. Third, we have developed practices to help understand that encounter—known as "discernment."

27. Discernment is the process of interpreting God's will and making decisions. Such decisions may be personal or may be for the sake of the community.

28. In any kind of meeting, we make space for God to enter. For example, whatever the topic being discussed, we regularly pause for silent worship.

29. Our religious exercise is not limited to our regularly scheduled worship meetings. Because of discernment, our meetings for decision making are acts of worship too. That is because during our decision making, God is present. We call these "Meetings for Worship for the Conduct of Business." Our decision-making process is an attempt to determine how the presence of the divine is guiding the community.

**Testimony**

30. Quakers are led to a particular way of living—known as "testimony."

31. Quakers believe in continuing revelation. That means that God has not finished speaking to humans. We do not believe that God is changing, instead we believe that because humans are developing, the way that God speaks to us changes to meet us where we are.

32. As a result, some of our testimonies have changed over time. For example, Quakers used to refuse to use honorifics or titles and would also refuse to remove their hats.

33. Some testimonies remain consistent. For example, Quakers are well-known for our peace testimony; most Friends oppose all war, for any reason. Most would describe themselves as pacifists.

34. Some Quakers use the acronym SPICES to help explain some core beliefs of Quaker testimony. SPICES stands for simplicity, peace, integrity, community, equality (both social and spiritual), and stewardship. SPICES is a way to help understand the development of the Quaker faith. It is not a creed or a set of rules for the faith going forward.

35. Community is very important to Quakers. Community stretches globally and is not limited to members of the Quaker faith.

36. We believe that living our values requires us, among other things, to be truthful at all times.

### My worship at Adelphi Friends Meeting

37. I regularly attend weekly worship at the Adelphi Friends Meeting House.

38. I appreciate that the Meeting offers a Zoom option, especially for members who are house-bound or unable to physically attend. Sometimes I attend remotely. But attending worship in the Meeting House is a much more powerful religious experience.

39. Our weekly worship meeting starts with approximately 10 minutes of singing hymns together. The hymns have long been one of my favorite parts of the weekly worship meeting.

PYM-000007

40. After we finish singing the hymns, we settle into worship. In worship, we sit facing the center of the room. We sit silently, allowing space for God to enter. When someone is moved to share vocal ministry, they share it aloud and then we return to sitting silently.

41. It can be difficult to enter the state of mind that I need to receive messages from God. It requires bringing my mind to a place of stillness.

42. When I am able to still my mind, I enter a state that is hard to describe, but there is a sense of being untethered or weightless.

43. When I quiet my mind in worship, it gives me energy and replenishes me.

44. Sometimes, the state of worship goes far beyond mere replenishment. In those moments, I am not alone. There is at least one additional presence with me, the presence of God. Sometimes, in addition to the presence of God, I feel the spiritual presence of the others who are physically in the room with me.

45. In silent worship, I often receive insights that I have not had before. I see things in a new way. Sometimes I have hope for, or understanding of, a problem that seemed intractable. Often I have a profound feeling of love, hope, warmth, and kindness.

46. I frequently feel the presence of God during worship, but I do not frequently engage in vocal ministry. I engage in vocal ministry when I feel that I have received a message that isn't just for me, but is intended to be shared with others.

7

47. Sometimes I have sat down after delivering vocal ministry and not remembered what I said. In those moments, I feel like I was a simple conduit or channel for a message from God.

48. Vocal ministry from others affects my worship. When I listen to others deliver messages, the messages will often send me down a new path of thought, evoke a new feeling, or offer me insight.

49. Those who are sitting quietly and do not engage in vocal ministry are actively participating in our communal worship. Speaking is just one expression of worship. Sitting quietly in Quaker worship is not a passive silence. Sitting quietly is part of the centering and the communion that we are sharing, which is, to me, more important than the messages.

50. The worship portion of our weekly services usually lasts about an hour, although depending on the circumstances, it can go longer.

51. I am frequently surprised that the time for worship is over because it has passed so quickly.

52. After worship, we share "joys and concerns." This is a time for personal sharing, including requests to the community to hold someone in the Light—the Quaker version of praying for somebody.

53. After sharing joys and concerns, the person who is serving as the clerk for that specific meeting for worship ends the worship and people begin to shake hands and greet one another.  This is followed by announcements. As part of the announcements, the clerk of the Outreach and Fellowship

committee tells everyone that the Meeting always makes available at least one person to speak with anyone, especially newcomers, to explain Quaker worship. The clerk of the Hospitality committee also announces the weekly potluck that immediately follows worship. And recently children have begun to share what they learned that day in First Day School—the Quaker equivalent of Sunday School.

### Adelphi Meeting's community interactions

54. In addition to being open to all, Adelphi Friends Meeting and its members engage directly with our local community in a host of ways.

55. The Meeting House has an annual Strawberry Festival. The festival includes a used-clothing sale, household goods, games, food, and more. Many members of our local community who are not Quakers and who do not attend our Meeting attend the festival.

56. Unofficial community engagement by members of Adelphi Friends Meeting is supported by the Meeting and our members. These various community engagements often result in non-Members learning about our Meeting.

57. For example, members of Adelphi Friends Meeting have volunteered at the local public school over the years.

58. Likewise, a Member of the Meeting is from Kenya. Through learning about that Member's background and work, a group of Members worked to raise money for a Kenyan village.

### The importance of worship with all comers, including immigrants

59. Because Quaker worship is rooted in a communal experience, restrictions on who attends is a significant harm to our religious experience.

60. Our worship is open to all comers—no matter their status. We firmly believe that one's life experience affects how one hears the spirit and what conclusions one might draw. So a diversity of worshippers allows us to experience God in a broader, more encompassing way.

61. Members who are Christ-centered deeply believe in Jesus's admonitions to welcome the stranger and to love thy neighbor.

62. I am aware that being welcoming of others and having an open door is core to religious traditions spanning centuries and continents.

63. Welcoming anybody and everybody is a core religious belief of mine.

64. The importance of welcoming immigrants to our worship is not simply a theoretical value. Over the years, we have had a large number of immigrants come to worship. For example, significant numbers of people from Kenya and Burundi have worshipped at Adelphi Friends Meeting.

65. Our Meeting has been enriched by the presence of these immigrants. We have had experiences that we would certainly not have had if immigrants did not join us for worship.

66. Having immigrants worship with us has made an enormous difference to who we are as individuals and as community.

10

67. Dissuading immigrant members of our community from attending worship seriously harms Adelphi Friends Meeting, its members, and anyone who attends worship. It lessens our ability to hear God and what God is trying to tell us.

68. I believe that the threat of immigration enforcement at houses of worship, including the Adelphi Friends Meeting House, dissuades people from attending. That greatly harms our worship.

69. Government enforcement actions that stops people from entering our meeting house—or scares them from doing so—affects us personally, viscerally, emotionally, and theologically.

70. Knowing that immigration enforcement could happen at our Meeting House, I will not be as encouraging of immigrants joining us for worship. As much as their presence would be a benefit to my religious experience (and to Adelphi Friends Meeting broadly), I do not feel comfortable knowing that their attendance could bring them severe personal harm—regardless of their legal status, into which I would never inquire.

71. The threat of immigration enforcement presents additional harms to our worship.

72. We believe deeply in peace and many Quakers are pacifists. As an example, many Quakers do not take the decision to call the police lightly because it means calling an armed person to intervene.

11

PYM-000012

73. Having armed law-enforcement officers inside or outside of our house of worship would hamper our ability to connect to God. It would be distracting and threatening. And for many, including me, the mere threat of that presence would be enough to harm our religious practice.

Silver Spring, Maryland  
January 25, 2025

*Michael Levi* (signature)

Michael Levi