# Exhibit 28

Case 8:25-cv-00243-TDC    Document 28-29    Filed 02/05/25    Page 2 of 9

PYM-000318



# What Do Quakers Believe?

There are two fundamental aspects to **Quaker faith**. First, Friends believe that all people are capable of directly experiencing the divine nature of the universe—which is known by many names, God or the Holy Spirit or simply Spirit being among the most common. You don't need a priest or any other kind of spiritual intercessor; you don't need to perform any kind of ritual. When you need to hear from God, you will. When Spirit has a message for you to share, you should share it.

That leads us to the second key principle, our belief in continued revelation. In the Hebrew Bible and the New Testament, we read many stories of God communicating directly with

Case 8:25-cv-00243-TDC    Document 28-29    Filed 02/05/25    Page 3 of 9
PYM-000519

people. Friends believe God's revelations have never stopped, and that God might reach out to any one of us at any time. When Quakers come together to meet for silent worship, we participate in a shared space in which we strive to become better able, and help each other become better able, to recognize such divine messages.



*"The more that I grow in my knowledge of what God is to me, the more I realize that my life is prayer, that I am in general a prayerful person."*

## More questions:

### Do Quakers believe in God?

### Are Quakers Christian?

### What is the "Inner Light"?

# How Do Quakers Worship?

PYM-000320



*"Usually, meditation is very hard for me; I have a very active ADHD brain… and just being present on my own is hard. But being in that silence, I felt so comfortable, so calm, so held."*

**NEW: Are Quaker meetings inclusive?**

Quakers can, and sometimes do, meet for worship just about anywhere; in keeping with the words of Jesus, "where two or three are gathered together in my name, there am I in the midst of them."

Most Quaker communities, or **meetings**, though, are likely to come together for worship at a meetinghouse. (Some Quaker meetings with a more explicitly Christian orientation might call themselves a "Friends Church," but they're basically meetinghouses.)

At least once a week, the members of a meeting will **gather for silent worship**.

# How Do Quakers Live?

George Fox, whose visions helped shape the Society in its early days, offered Friends some crucial advice on **how to live**:

Case 8:25-cv-00243-TDC   Document 28-29   Filed 02/05/25   Page 5 of 9

PYM-000321

> "Be patterns, be examples in all countries, places, islands, nations wherever you come," he wrote; "that your carriage and life may preach among all sorts of people, and to them; then you will come to walk cheerfully over the world, answering that of God in everyone; whereby in them you may be a blessing, and make the witness of God in them to bless you."



**More Questions:**

**Are Quakers LGBTQ+-affirming?**

**How do Quakers practice simplicity?**

**Why are Quakers pacifists?**

Follow a weekly series of short messages on Quaker spirituality,
here at Quaker.org or through the *Friends Journal* newsletter.

# The Quaker Story

Case 8:25-cv-00243-TDC    Document 28-29    Filed 02/05/25    Page 6 of 9

PYM-000322



*"Quakerism exists because of George Fox, and I think Fox would be gratified that his message still resonates with people."*

## More Quaker History:

**Mahala Ashley Dickerson**

**William Penn**

**Bayard Rustin**

**Paul Robeson**

**Jean Toomer**

**The Quaker movement began in 17th-century England.** Frustrated by the spiritual shortcomings they perceived in the Church of England and other Protestant denominations, early Friends such as **George Fox** set out to revive "primitive Christianity" by going back to the roots of Jesus' teachings around non-violence, simple living, God's concern for the marginalized, and everyone's capacity for immediate and equal access to God's Spirit.

Though they named themselves the Religious Society of Friends, opponents mocked them as "Quakers," for the way their bodies often shook when they were overcome with spiritual energy. Embracing the insult and making it their own, the Quakers became one of the most distinctive religious movements in modern Western culture.

PYM-000323



Meet Friends from many different backgrounds, discussing the core questions of Quaker faith.

To see more videos, follow us on YouTube or visit the QuakerSpeak website.





Following a Spirit-Led Call for Acti…



Frequently Asked Questions Abou…



Glossary of Common Quaker Terms



**PYM-000325**



photo: QuakerSpeak

1409