UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 8:25-cv-00243-TDC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, Defendants' opposition thereto, Plaintiffs' reply, and the arguments presented to the Court on February 12, 2025, it is hereby

**ORDERED** that the motion is **DENIED**.

Dated: February ___, 2025

_____
THEODORE D. CHUANG
United States District Judge