# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**U.S. Department of Homeland Security,** *et al.*,<br><br>    Defendants. | Civil Case No. 8:25-cv-243-TDC |

## SUBMISSION OF JOINT RECORD

In accordance with Section II.B.2 of the Case Management Order (Dkt. 7), Plaintiffs and Defendants together submit a Joint Record containing all exhibits relevant to Plaintiffs' Motion for Temporary Restraining Order (Dkt. 26), Defendants' response thereto (Dkt. 34), and Plaintiffs' reply (Dkt. 45).

## CERTIFICATE OF SERVICE

    I, Alethea Anne Swift, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Southern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Alethea Anne Swift
*Counsel for Plaintiffs*
