## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*,

       Plaintiffs,

**v.**

**U.S. Department of Homeland Security,** *et al.*,

       Defendants.

Civil Case No. 8:25-cv-243-TDC

## JOINT RECORD EXHIBIT TABLE

| EXHIBIT NUMBER | TITLE | JR NUMBER | CM/ECF NUMBER |
|---|---|---|---|
| 1 | Declaration of Michael Levi | PYM-000001-000012 | 28-2 |
| 2 | Declaration of Noah Merrill | PYM-000013-000018 | 28-3 |
| 3 | Declaration of Ruby Steigerwald | PYM-000020-000026 | 28-4 |
| 4 | Declaration of Roni J. Kingsley | PYM-000027-000034 | 28-5 |
| 5 | Declaration of Francie Marbury | PYM-000035-000040 | 28-6 |
| 6 | Declaration of Christie Duncan-Tessmer | PYM-000041-000047 | 28-7 |
| 7 | Declaration of Sarah Gillooly | PYM-000050-000056 | 28-8 |

| 8 | Declaration of Robin Mohr | PYM-000058-000063 | 28-9 |
|---|---|---|---|
| 9 | 1/21/1993 Sector Policy Regarding Entry Into Places of Workship, Schools and Private Residences Memo, Jose B. Garza | PYM-000064 | 28-10 |
| 10 | 3/15/1993 Interpreter Release: Court Enjoins El Paso Border Patrol from Harassing Hispanics at Local School | PYM-000065-000066 | 28-11 |
| 11 | 5/17/1993 Enforcement Activities at Schools, Places of Workship, or at funerals or other religious ceremonies Memo, James A. Puleo | PYM-000067-000069 | 28-12 |
| 12 | 7/2/1993 Interpreter Release: INS Sets New Standards for Enforcement Activities at Schools, Religious Places | PYM-000070-000071 | 28-13 |
| 13 | 4/20/2004 Compilation of Memoranda: Enforcement Activities at Schools, Places of Worship, and at Funeral or Other Religious Ceremonies, Luis E. Barker & Robert A. Wallis | PYM-000072-00078 | 28-14 |
| 14 | 12/26/2007, Enforcement Actions at Schools, Marcy M. Forman | PYM-000079 | 28-15 |
| 15 | 7/3/2008 Field Guidance on Enforcement Actions or Investigative Activities At or Near Sensitive Community Locations, Julie Myers | PYM-000080-81 | 28-16 |
| 16 | 10/24/2011 Enforcement Actions at or Focused on Sensitive Locations, John Morton | PYM-000082-84 | 28-17 |
| 17 | 1/18/2013 Enforcement Actions at or Near Certain Community Locations, David V. Aguilar | PYM-000085-86 | 28-18 |
| 18 | 10/17/2017 Senate Sensitive Locations Letter, Honorable Elaine Duke | PYM-000087-90 | 28-19 |
| 19 | 7/2021 Immigration Enforcement: Actions Needed to Better Track Cases Involving U.S. CItizenship Investigations (GAO-21-487) | PYM-000091-000187 | 28-20 |
| 20 | 10/27/2021 Guidelines for Enforcement Actions in or Near Protected Areas, Alejandro N. Mayorkas | PYM-000188-000192 | 28-21 |
| 21 | 4/18/2022 Immigrant Enforcement at Sensitive Locations, Tae D. Johnson | PYM-000193-000246 | 28-22 |
| 22 | 1/25/2025 Protected Areas Enforcement Actions | PYM-000247-255 | 28-23 |

| 23 | 9/17/2023 Understanding the U.S. Immigrant Experience: The 2023 KFF/LA Times Survey of Immigrants | PYM-000256-292 | 28-24 |
|----|---|---|---|
| 24 | Yesenia Amaro, The Fresno Bee, He's a U.S. citizen, but ICE detained him and tried to deport him. Now he's getting $150k | PYM-000293-000296 | 28-25 |
| 25 | Giovanna Dell'Orto, et al., AP News, Trump won't ban immigration arrests at churches. Now clergy are weighing how to resist | PYM-000302-310 | 28-26 |
| 26 | Nick Miroff & Maria Sacchetti, The Washington Post, Trump officials issue quotas to ICE officers to ramp up arrests | PYM-000311-000314 | 28-27 |
| 27 | Adam Shaw & Bill Melugin, Fox News, Trump DHS repeals key Mayorkas memo limiting ICE agents, orders parole review | PYM-000315-000316 | 28-28 |
| 28 | Quaker.org, What Do Quakers Believe? | PYM-000318-325 | 28-29 |
| 29 | DHS Directive Enforcement Actions in or Near Protected Areas (Jan. 20, 2025) | PYM-000326-000328 | 28-30 |
| 30 | Statement from a DHS Spokesperson on Directives Expanding Law Enforcement and Ending the Abuse of Humanitarian Parole | PYM-000329 | 28-31 |
| 31 | Mayor Ras J. Baraka's Statement on ICE Raid on Newark Business Establishment (Jan. 23, 2025) | PYM-000330-000332 | 28-32 |
| 32 | NAE.org, National Association of Evangelicals Responds to New Executive Orders | PYM-000334-337 | 28-33 |
| 33 | Miriam Jordan, et al., N.Y. Times, Immigrant Communities in Hiding: 'People Think ICE Is Everywhere' | PYM-000338-346 | 28-34 |
| 34 | Billal Rahman, Newsweek, ICE Strikes During Church Service to Arrest Migrant | PYM-000347-351 | 28-35 |
| 35 | Allison Walker, Latin Times, ICE Says 'Sorry' After Detaining US Citizens for Speaking Spanish: Report | PYM-000361-366 | 28-36 |
| 36 | Lautaro Grinspan & Alia Pharr, Georgia News, 'We're not hurting anybody,' says wife of immigrant taken from Georgia church | PYM-000371-000388 | 28-37 |
| 37 | Michael Hiltzik, Los Angeles Times, Column: Inside the Bakersfield raids that showed how Trump's immigration policies will sow chaos | PYM-000393-000401 | 28-38 |

| | | | |
|---|---|---|---|
| 38 | New England Quakers, FAQs | PYM-000402-414 | 28-39 |
| 39 | Laura Rodriguez Presa, Chiacgo's Tribune, Chicago church stops hosting in-person Spanish services amid fears of mass deportations from Trump administration | PYM-000415-423 | 28-40 |
| 40 | 1947 Attorney General's Manual on the Administrative Procedure Act, Tom C. Clark | PYM-000425-564 | 28-41 |
| 41 | Marcelo Wheelock, Telemundo Atlanta, Agentes de ICE llegan a iglesia en Tucker y se llevan a un feligrés | PYM-000565-568 | 28-42 |
| 42 | Bishop Mark J. Seitz, et al., USCCB, "Human Dignity is Not Dependent on a Person's Citizenship or Immigration Status" | PYM-000571-573 | 28-43 |
| 43 | Memorandum for Enforcement Actions in or Near Protected Areas from Benjamine C. Huffman (Jan. 20, 2025) | PYM-000574 | 28-44 |
| 44 | Karoline Leavitt, White House Press Secretary, Press Briefing (Jan. 29, 2025) | PYM-000575-000594 | 28-45 |
| 45 | Department of Religion, Baptist Denominations in America | PYM-000595-000596 | 28-46 |
| 46 | Hartford Institute for Religion Research, Fast facts on American religion | PYM-000597-000598 | 28-47 |
| 47 | Declaration of Amar Shergill | PYM-000599-000603 | 28-48 |
| 48 | Declaration of Reverend Dr. Jeff Hayes | PYM-000604-000609 | 28-49 |
| 49 | Declaration of Reverend Dr. Paul Baxley | PYM-000610-000622 | 28-50 |
| 50 | Declaration of Reverend Dr. Randall Carter | PYM-000623-000632 | 28-51 |
| 51 | Declaration of Reverend Juan L. Garcia | PYM-000633-000636 | 28-52 |

| 52 | Declaration of Nancy Black | PYM-000637-000642 | 28-53 |
|---|---|---|---|
| 53 | Declaration of Steven Mohlke | PYM-000643-000648 | 28-54 |
| 54 | Karen Hacker et al., The Impact of Immigration and Customs Enforcement on Immigrant Health: Perceptions of Immigrants in Everett, Massachusetts, USA, 73(4) Social Science & Medicine 586 (2011) | PYM-000649-000668 | 28-55 |
| 55 | 1/31/2025 Memorandum Common Sense Enforcement Actions in or Near Protected Areas, Caleb Vitello | PYM-000669-000670 | 34-1 |
| 56 | John-John Williams IV, Baltimore Banner, Trump's early actions drive Baltimore-area immigrants into hiding | PYM-000671-000680 | 45-1 |
| 57 | Sara Dorn & Molly Bohannon, Forbes, Everything To Know About Trump's 'Mass Deportation' Plans: DHS Head Noem Suggest Non-Violent Immigrants Could Be Sent to Guantanamo | PYM-000681-000690 | 45-2 |
| 58 | Kristen Welker & Julia Ainsley, NBC News, Trump is 'angry' that deportation numbers are not higher | PYM-000691-000692 | 45-3 |
| 59 | Kristi Noem Tweet | PYM-000693 | 45-4 |