# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Philadelphia Yearly Meeting of the
Religious Society of Friends, et al.

**Plaintiff,**

v.  U.S. Department of Homeland Security and
Kristi Noem, in her official capacity as Secretary of the
Department of Homeland Security.

**Defendant.**

Case No. 8:25-cv-00243

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that Baltimore Yearly Meeting of the Religious Society of Friends (name of party) is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ (name of party):

_____ (names of affiliates).

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ (names of entities with possible financial interests).

DisclosureCorpInterest (03/2015)

☐  In a case based on diversity jurisdiction, the following is a list of all members of _____ and their states of citizenship:
(name of LLC party)

_____  (name of member)    _____ (state of citizenship)

_____  (name of member)    _____ (state of citizenship)

_____  (name of member)    _____ (state of citizenship)

_____  (name of member)    _____ (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

02/14/2025
Date

/s/ Alethea Anne Swift
Signature

Alethea Anne Swift (Bar No. 30829)
Printed name and bar number

P.O. Box 34553, Washington, D.C. 20043
Address

aswift@democracyforward.org
Email address

(202)448-9090
Telephone number

(202)796-4426
Fax number