UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PHILADELPHIA YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS,
NEW ENGLAND YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS,
BALTIMORE YEARLY MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS, INC.,
ADELPHI FRIENDS MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS,
RICHMOND FRIENDS MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS,
NEW YORK YEARLY MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS, INC.,
COOPERATIVE BAPTIST FELLOWSHIP
and
SIKH TEMPLE SACRAMENTO,

    Plaintiffs,

  v.

U.S. DEPARTMENT OF
HOMELAND SECURITY and
KRISTI NOEM, *in her official capacity as
Secretary of Homeland Security*,

    Defendants.

Civil Action No. 25-0243-TDC

**PRELIMINARY INJUNCTION**

For the reasons set forth in the accompanying Memorandum Opinion and Order, which are incorporated by reference, it is hereby ORDERED that:

1. Defendants the United States Department of Homeland Security ("DHS") and Kristi Noem, in her official capacity as Secretary of Homeland Security; DHS component agencies, including but not limited to U.S. Immigration and Customs Enforcement ("ICE") and U.S. Customs and Border Protection ("CBP"); all officers, agents, employees, and appointees of DHS and its component agencies; and all other persons who are in active concert and participation with them (collectively, "Defendants"), are ENJOINED as follows:

   a. In relation to all potential or actual immigration enforcement actions in or near any place of worship owned, operated, occupied, or used by one or more of the above-captioned Plaintiffs or their agents, employees, or members, as specified on a list to be provided by Plaintiffs, Defendants shall not implement, enforce, apply, or act pursuant to the terms of the Memorandum of January 20, 2025 from the Acting Secretary of Homeland Security entitled "Enforcement Actions in or Near Protected Areas," or the terms of the Memorandum of January 31, 2025 from the Acting Director of ICE entitled "Common Sense Enforcement Actions in or Near Protected Areas."

   b. In relation to all potential or actual immigration enforcement actions in or near any place of worship owned, operated, occupied, or used by one or more of the above-captioned Plaintiffs or their agents, employees, or members, as specified on a list to be provided by Plaintiffs, Defendants shall instead implement, enforce, apply, and act pursuant to the terms of the Memorandum of October 27, 2021 from the Secretary of Homeland Security entitled "Guidelines for Enforcement Actions in or Near Protected Areas," a copy of which is attached hereto as Exhibit A, including but not limited to the requirements that (1) immigration enforcement actions at places of worship shall not be undertaken "to the fullest extent possible"; (2) such enforcement actions shall occur only in circumstances identical to or comparable to the enumerated "limited circumstances"; (3) such enforcement actions shall occur only with prior approval of ICE or CBP headquarters or with post-action consultation in the event of exigent circumstances that prevented such prior approval; and (4) to the fullest extent possible, any enforcement action in or near a place of worship shall be taken in a non-public area, outside of public view, and be otherwise conducted to eliminate or at least minimize the chance that the enforcement action will restrain people from accessing the place of worship. *See* Ex. A § III.

   c. Consistent with 8 U.S.C. § 1252(f)(1), this injunction does not enjoin or restrict Defendants from conducting arrests in or near places of worship when authorized by an administrative or judicial warrant.

2. As necessary for enforcement of the Preliminary Injunction, Plaintiffs shall provide to Defendants immediately, and in any event no later than three days after the date of this Order, a list consisting of the names and addresses of all places of worship that are owned, operated, occupied, or used by any Plaintiff or its agents, employees, or members.

3. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs are required to post with this Court a bond of $100.

4. The Preliminary Injunction shall take effect upon completion of both (1) the posting of the bond; and (2) the transmission to Defendants of the list of Plaintiffs' places of worship.

Violations of this Preliminary Injunction shall subject Defendants and all other persons bound by this Order to all applicable penalties, including contempt of court.

Date: February 24, 2025

   THEODORE D. CHUANG
   United States District Judge