IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. Department of Homeland Security,** *et al.*, <br><br> Defendants. | Civil Case No. 8:25-cv-243-TDC |

**JOINT MOTION FOR EXTENSION**

The Court's preliminary-injunction order directs Plaintiffs to provide Defendants "a list consisting of the names and addresses of all places of worship that are owned, operated, occupied, or used by any Plaintiff or its agents, employees, or members." Dkt. 62. The order requires Plaintiffs to provide the list today. *Id.* The parties are working together to agree to terms of how to keep Plaintiffs' information private while ensuring that Defendants can carry out their duties within the bounds of the preliminary injunction. Because the parties are working together in good faith, but have not yet reached an agreement, both parties request that the Court extend the deadline for Plaintiffs to provide the list to Defendants to Friday, February 28.

1

| | |
|---|---|
| February 27, 2025 | Respectfully submitted,<br><br>/s/   Bradley Girard<br>Bradley Girard (Bar No. 31437)<br>Alethea Anne Swift (Bar No. 30829)<br>Sarah Goetz*<br>Andrew Bookbinder*<br>J. Sterling Moore*<br>Audrey Wiggins*<br>Skye Perryman*<br><br>DEMOCRACY FORWARD FOUNDATION<br>P.O. Box 34553<br>Washington, DC 20043<br>Phone: (202) 448-9090<br>Fax: (202) 796-4426<br>aswift@democracyforward.org<br>bgirard@democracyforward.org<br>sgoetz@democracyforward.org<br>abookbinder@democracyforward.org<br>smoore@democracyforward.org<br>awiggins@democracyforward.org<br>sperryman@democracyforward.org<br><br>*Counsel for Plaintiffs*<br><br>**Admitted* pro hac vice<br><br><br>YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>ANDREW I. WARDEN<br>Assistant Branch Director<br><br>/s/ *Kristina A. Wolfe*<br>KRISTINA A. WOLFE<br>Senior Trial Counsel<br>United States Department of Justice<br>Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>Tel:  202-353-4519<br>Fax: 202-616-8470 |

Email:  Kristina.Wolfe@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I, Bradley Girard, certify that I filed this document with the Clerk of Court for the United States District Court for the District of Maryland, Southern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Bradley Girard<br>
<i>Counsel for Plaintiffs</i>