IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Philadelphia Yearly Meeting of the Religious Society of Friends, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Case No. 8:25-cv-243-TDC |

## ORDER GRANTING EXTENSION

The joint motion for extension is **GRANTED**.

It is **ORDERED** that the Plaintiffs have until Friday, February 28 to provide Defendants the list required by, and outlined in, the Court's February 23 order granting a preliminary injunction.

Dated: February 27, 2025

The Hon. Theodore D. Chuang