# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Philadelphia Yearly Meeting of the Religious Society of Friends,** *et al.*,  Plaintiffs,  v.  **U.S. Department of Homeland Security,** *et al.*,  Defendants. | Civil Case No. 8:25-cv-243-TDC |

## JOINT MOTION FOR EXTENSION

The parties respectfully request a second extension of the deadline for Plaintiffs to provide "a list consisting of the names and addresses of all places of worship that are owned, operated, occupied, or used by any Plaintiff or its agents, employees, or members." ECF No. 62. The parties have continued to confer in good faith to agree to terms of how to keep Plaintiffs' information private while ensuring that Defendants can carry out their duties within the bounds of the preliminary injunction but have not yet been able to reach agreement.

Accordingly, the parties request that the Court extend the deadline for Plaintiffs to either provide the list to Defendants or to file a motion for a protective order to Tuesday, March 4. If the parties are unable to reach an agreement and Plaintiffs move the court for a protective order, Defendants will file a response on Thursday, March 7.

February 28, 2025

Respectfully submitted,

/s/   Bradley Girard
Bradley Girard (Bar No. 31437)
Alethea Anne Swift (Bar No. 30829)
Sarah Goetz*

Andrew Bookbinder\*
J. Sterling Moore\*
Audrey Wiggins*
Skye Perryman*

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
aswift@democracyforward.org
bgirard@democracyforward.org
sgoetz@democracyforward.org
abookbinder@democracyforward.org
smoore@democracyforward.org
awiggins@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*

*\*Admitted* pro hac vice


YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANDREW I. WARDEN
Assistant Branch Director

/s/  Kristina A. Wolfe
KRISTINA A. WOLFE
Senior Trial Counsel
United States Department of Justice
Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel:  202-353-4519
Fax: 202-616-8470
Email:  Kristina.Wolfe@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Bradley Girard, certify that I filed this document with the Clerk of Court for the United States District Court for the District of Maryland, Southern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Bradley Girard
*Counsel for Plaintiffs*
