IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Philadelphia Yearly Meeting of the
Religious Society of Friends, *et al.*,

    Plaintiffs,

v.

U.S. Department of Homeland Security, *et al.*,

    Defendants.

Civil Case No. 8:25-cv-243-TDC

## ORDER GRANTING EXTENSION

The joint motion for extension is **GRANTED**.

It is **ORDERED** that the Plaintiffs have until Tuesday, March 4 to provide Defendants the list required by, and outlined in, the Court's February 23 order granting a preliminary injunction or to file a motion for a protective order.

Dated: March 3, 2025

The Hon. Theodore D. Chuang