

**U.S. Department of Justice**

Civil Division, Federal Programs Branch

| | |
|---|---|
| *Via U.S. Mail:* | *Via Special Delivery:* |
| P.O. Box 883 | 1100 L St. N.W. |
| Washington, DC 20044 | Washington, DC 20005 |

Kristina A. Wolfe  
Senior Trial Counsel

Telephone:         (202) 353-4519  
Fax:                    (202) 616-8470  
Email:          Kristina.Wolfe@usdoj.gov

March 5, 2025

*Via Electronic Mail*

The Honorable Theodore D. Chuang  
District Judge  
U.S. District Court for the District of Maryland  
6500 Cherrywood Lane, Suite 245  
Greenbelt, MD 20770

Re:   Plaintiffs' Notice of Intent to File Motion for Protective Order in *Philadelphia Yearly Meeting of the Religious Society of Friends, v. DHS*, Civ. No. 8:25-00243-TDC

Dear Judge Chuang:

In accordance with the Court's order during the telephonic hearing today, please find attached Defendants' proposed protective order and a redline showing Defendants' suggested revisions to Plaintiffs' proposed order.  Defendants suggest two substantive changes to Plaintiffs' proposed order, as explained further below:

Paragraph 3(b).  Plaintiffs' proposal would allow Defendants to disclose the list to "to federal, state, or local agencies or sub-agencies *only when such disclosure is necessary to enable compliance with the Preliminary Injunction*."  Defendants request that this paragraph also allow disclosure that is "related to the litigation."  That additional provision would allow Defendants to share and discuss the list with appropriate officials when discussing matters related to this litigation, even if those discussions are not strictly about compliance with the preliminary injunction.  For example, counsel for Defendants may need to discuss the list and the Court's preliminary injunction with senior officials in the Departments of Justice and Homeland Security when preparing for litigation of this case.  The Court's order should not prohibit this type of non-public, internal use of the list for lawful activities that are related to this litigation.

Paragraph 4(c).  Plaintiffs' proposal requires Defendants to notify Plaintiffs within three days if Defendants receive a subpoena or order that would compel disclosure of the list.  Defendants request five business days to notify Plaintiffs.  Because Defendants must disseminate the list to various offices nationwide and may not have immediate visibility into other potential

litigation matters that may require disclosure of the list, Defendants request five days to provide appropriate notice to Plaintiffs.  Defendants also request additional language in this paragraph that the notice to Plaintiffs must be consistent with the terms of the court order or applicable law governing the disclosure order, such as a sealed order in another case.  This protective order should not override any restrictions imposed by another court through the exercise of its lawful jurisdiction.

Sincerely,

*/s/ Kristina A. Wolfe*

Kristina A. Wolfe

Attachments