IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Philadelphia Yearly Meeting of the
Religious Society of Friends, *et al.*,

    Plaintiffs,

v.

U.S. Department of Homeland Security, *et al.*,

    Defendants.

Civil Case No. 8:25-cv-243-TDC

## PROTECTIVE ORDER

Having determined that the terms set forth herein are appropriate to protect the respective interests of the parties, the public, and the Court, it is hereby **ORDERED** that:

**1. Purpose.** The purpose of this Protective Order is to protect the interests of the parties, the public, and the Court with respect to the disclosure of sensitive and personal information.

**2. Scope.** All materials filed or transmitted to Defendants by Plaintiffs pursuant to the Preliminary Injunction (Dkt. 62), including any list(s) containing the names and addresses of all places of worship and ministry that are owned, operated, occupied, or used by any Plaintiff or its agents, employees, or members, shall be deemed Protected Information subject to this Order. Data obtained by Defendants through means other than Plaintiffs' disclosure pursuant to the Preliminary Injunction shall not be deemed Protected Information subject to this Order, even if it reflects the same information about Plaintiffs or their members.

**3. Protected Information.** As used in this Order, "Protected Information" means information designated as "SUBJECT TO PROTECTIVE ORDER" by the producing party. Plaintiffs may designate as Protected Information all materials described in Section 2 by placing

the words "SUBJECT TO PROTECTIVE ORDER" on any document(s) containing those materials.

### 4. Treatment of Protected Information.

(a) **General Protections.** Protected Information shall not be used or disclosed by Defendants—including all officers, agents, employees, and appointees of DHS and its component agencies—or their counsel for any purpose whatsoever other than compliance with the Preliminary Injunction or as necessary to conduct the present litigation.

(b) **Limited Third-Party Disclosures.** The parties and counsel for the parties may disclose or permit the disclosure of Protected Information to federal, state, or local agencies or sub-agencies only when such disclosure is necessary to enable compliance with the Preliminary Injunction.

(c) **Protected Information Subpoenaed or Ordered Produced in Litigation.** If Defendants are served with a subpoena or an order issued in other litigation that would compel review or disclosure of Protected Information, they must notify Plaintiffs in writing within three business days and include a copy of the subpoena or court order, consistent with the applicable law and court orders governing the other litigation. Defendants also must within three business days inform in writing the party who caused the subpoena or order to issue in the other litigation that material covered by the subpoena or order is the subject of this Order.

(d) **Disclosure of Protected Information Required by Applicable Law.** If Defendants are compelled to review or disclose Protected Information to comply with applicable law, they must notify Plaintiffs and the party who caused the disclosure via the procedures outlined in Section 4(c).

(e) **Procedures Governing Limited Disclosures.** When sharing Protected Information, including within DHS or its component agencies, under Sections 4(a)-(d) of this Order, Defendants shall attach a copy of this Protective Order. If Defendants transmit Protected Information via documents other than those produced by Plaintiffs, Defendants shall place the words "SUBJECT TO PROTECTIVE ORDER" on every page of those documents.

**5. Persons Bound.** This Order shall take effect when entered and shall be binding upon Defendants—including all officers, agents, employees, and appointees of DHS and its component agencies—their counsel, and any federal, state, or local agencies or sub-agencies to whom Protected Information is disclosed under Section 4(b).

**6. Penalties.** Violations of this Protective Order shall subject Defendants and all other persons bound by this Order to all applicable penalties, including contempt of court.

Date: March **6**, 2025



The Hon. Theodore D. Chuang
United States District Judge