UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 8:25-cv-00243-TDC |

## DEFENDANTS' PARTIAL MOTION TO DISMISS

Defendants, by and through counsel, respectfully submit this Partial Motion to Dismiss Counts III-VI of Plaintiffs' Amended Complaint, ECF No. 28. As set forth in Defendants' accompanying Memorandum in Support, Counts III-VI, which consist of Plaintiffs' claims brought pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701, *et. seq.*, should be dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), or alternatively, for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  April 17, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　YAAKOV M. ROTH
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ALEXANDER K. HAAS
　　　　　　　　　　　　　　　　　　　　Branch Director

ANDREW I. WARDEN
Assistant Branch Director

/s/ *Kristina A. Wolfe*
KARIMA ORTOLANO (MA Bar No. 707575)
KRISTINA A. WOLFE (VA Bar No. 71570)
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: 202-353-4519
Fax: 202-616-8470
Email:  Kristina.Wolfe@usdoj.gov