UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PHILADELPHIA YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS,
*et al.*,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

    Defendants.

Civil Action No. 8:25-cv-00243-TDC

**[PROPOSED] ORDER**

Upon consideration of Defendants' Partial Motion to Dismiss, including Defendants' Reply in Support of their Partial Motion to Dismiss, and Plaintiffs' opposition thereto, it is hereby

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that Counts III-VI of Plaintiffs' Amended Complaint are **DISMISSED**.

Dated: _____, 2025

                                                                 _____
                                                                 THEODORE D. CHUANG
                                                                 United States District Judge