UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PHILADELPHIA YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS,
*et al.*,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

    Defendants.

Civil Action No. 8:25-cv-00243-TDC

## NOTICE OF APPEAL

Defendants, United States Department of Homeland Security and Kristi Noem, in her official capacity as Secretary of Homeland Security, hereby appeal to the United States Court of Appeals for the Fourth Circuit this Court's preliminary injunction entered on February 24, 2025. *See* ECF Nos. 60-62.

Dated:  April 24, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANDREW I. WARDEN
Assistant Branch Director

/s/ *Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
KARIMA ORTOLANO (MA Bar No. 707575)
United States Department of Justice

                Civil Division
                Federal Programs Branch
                1100 L Street, NW
                Washington, D.C. 20530
                Tel: 202-353-4519
                Fax: 202-616-8470
                Email:  Kristina.Wolfe@usdoj.gov