FILED: May 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1512

(8:25-cv-00243-TDC)

_____

PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW ENGLAND YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; BALTIMORE YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; ADELPHI FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; RICHMOND FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW YORK YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; SIKH TEMPLE SACRAMENTO; COOPERATIVE BAPTIST FELLOWSHIP

    Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security

    Defendants - Appellants

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-00243-TDC |
| Date notice of appeal filed in originating court: | 04/24/2025 |
| Appellants | Kristi Noem, U.S. Department of Homeland Security |
| Appellate Case Number | 25-1512 |

| Case Manager | Anisha Walker<br>804-916-2704 |