UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PHILADELPHIA YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF
FRIENDS, *et al.*,

    *Plaintiffs*,

  v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

    *Defendants*.

Case No. 8:25-cv-00243-TDC

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully requests that the Court grant leave to withdraw the appearance of Karima Ortolano. As of June 4, 2025, Ms. Ortolano serves as counsel at the United States Department of Justice, Antitrust Division, Criminal Section. Kristina Wolfe, Senior Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, will continue to represent Defendants.

Dated: June 6, 2025

                                    Respectfully submitted,

                                    */s/ Karima A. Ortolano*
                                    KARIMA A. ORTOLANO (MA Bar 707575)

Trial Attorney
United States Department of Justice

Antitrust Division
Washington Criminal Section
450 5th Street, NW
Washington, DC 20001
Telephone: (202) 550-9362
Facsimile: (202) 514-6525
Email: karima.ortolano@usdoj.gov

Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 451-7467
Facsimile: (202) 616-8460
Email: karima.ortolano2@usdoj.gov

*Counsel for Defendants*