UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PHILADELPHIA YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS,
NEW ENGLAND YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS,
BALTIMORE YEARLY MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS, INC.,
ADELPHI FRIENDS MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS,
RICHMOND FRIENDS MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS,
NEW YORK YEARLY MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS, INC.,
COOPERATIVE BAPTIST FELLOWSHIP
and
SIKH TEMPLE SACRAMENTO,

    Plaintiffs,

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY and
KRISTI NOEM,
in her official capacity as
Secretary of Homeland Security,

    Defendants.

Civil Action No. 25-0243-TDC

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Partial Motion to Dismiss, ECF No. 78, is GRANTED IN PART and DENIED IN PART in that the Motion is granted as to Count 6 and denied as to Counts 3, 4, and 5.

2. Defendants shall file an Answer to the remaining counts of the Amended Complaint within **14 days** of the date of this Order.

Date: February 3, 2026

_____
THEODORE D. CHUANG
United States District Judge