**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Civil Action No. 8:25-cv-00243-TDC |

## NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD

Defendants, the United States Department of Homeland Security and Markwayne Mullin,[1] Secretary of Homeland Security, hereby give notice that they have provided the Administrative Record for the January 20, 2025, Memorandum titled "Enforcement Actions in or Near Protected Areas" signed by then-Acting Secretary of Homeland Security Benjamine C. Huffman to Plaintiffs. Defendants also give notice that they have provided the Administrative Record for the January 31, 2025, Memorandum titled "Common Sense Enforcement Actions in or Near Protected Areas" signed by then-Acting Director Caleb Vitello to Plaintiffs. Attached to this Notice is an index and certification of the contents of each Administrative Record.

---

[1] The Complaint names as a Defendant Kristi Noem in her official capacity as then-Secretary of Homeland Security. Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin, current Secretary of Homeland Security, is automatically substituted as a Defendant.

Dated: April 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

/s/ *Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
(202) 353-4519
Kristina.Wolfe@usdoj.gov
*Counsel for Defendants*