**CERTIFIED INDEX OF ADMINISTRTIVE RECORD FOR**
**2025 HUFFMAN *ENFORCEMENT ACTIONS IN OR NEAR PROTECTED AREAS***
**MEMORANDUM**

| DOCUMENT | PAGE |
|---|---|
| DHS Memorandum from then-Acting Secretary Benjamine C. Huffman, to Caleb Vitello as then-Acting Director of ICE and Pete Flores as then-Senior Official Performing the Duties of Commissioner of CBP, *Enforcement Actions in or Near Protected Areas* (January 20, 2025). | 001 |
| DHS Memorandum from Former Secretary of Homeland Security Alejandro Mayorkas, to former agency heads, *Guidelines for Enforcement Actions in or Near Protected Areas* (October 27, 2021). | 002-006 |
| *Protecting the American People Against Invasion*, Executive Order 14159, 90 Fed. Reg. 8443 (January 20, 2025) (published January 29, 2025). | 007-012 |
| *Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats*, Executive Order 14161, 90 Fed. Reg. 8451 (January 20, 2025) (published January 30, 2025). | 013-015 |
| *Realigning the United States Refugee Admissions Program*, Executive Order 14163, 90 Fed. Reg. 8459 (January 20, 2025) (published January 29, 2025). | 016-018 |
| *Securing Our Borders*, Executive Order 14165, 90 Fed. Reg. 8467 (January 20, 2025) (published January 29, 2025). | 019-021 |