**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

PHILADELPHIA YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS,
*et al.*,

      Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

      Defendants.

Civil Action No. 8:25-cv-00243-TDC

**CERTIFICATION OF ADMINISTRTIVE RECORD FOR**
**2025 HUFFMAN *ENFORCEMENT ACTIONS IN OR NEAR PROTECTED AREAS***
**MEMORANDUM**

I, Juliana Blackwell, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

1.    I am the Deputy Executive Secretary for the U.S. Department of Homeland Security ("DHS").  I have held this position since August 2019.  In this capacity, I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records.

2.    The facts attested to herein are based upon my personal knowledge or upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

3.    The documents listed in the accompanying DHS Administrative Record Index and contained in the files annexed hereto, constitute to the best of my knowledge and belief, a true and complete copy of all non-privileged documents and materials considered by DHS in issuing the January 20, 2025 then-Acting Secretary Benjamine C. Huffman Memorandum, entitled *Common Sense Enforcement Actions in or Near Protected Areas.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of April, 2026 in Washington, D.C.

_____
Juliana Blackwell
Deputy Executive Secretary