**INDEX TO CERTIFIED ADMINISTRATIVE RECORD**

| DOCUMENT | PAGE |
|---|---|
| 1.  Memorandum from Acting Director Caleb Vitello, *Common Sense Enforcement Actions in or Near Protected Areas* (Jan. 31, 2025). | **001-002** |
| 2.  Memorandum from Acting Secretary Benjamine Huffman, *Enforcement Actions in or Near Protected Areas* (Jan. 20, 2025). | **003** |
| 3.  *Protecting the American People Against Invasion*, Executive Order 14159, 90 Fed. Reg. 8443 (January 20, 2025) (published January 29, 2025). | **004-009** |
| 4.  *Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats*, Executive Order 14161, 90 Fed. Reg. 8451 (January 20, 2025) (published January 30, 2025). | **010-012** |
| 5.  *Realigning the United States Refugee Admissions Program*, Executive Order 14163, 90 Fed. Reg. 8459 (January 20, 2025) (published January 29, 2025). | **013-015** |
| 6.  *Securing Our Borders*, Executive Order 14165, 90 Fed. Reg. 8467 (January 20, 2025) (published January 29, 2025). | **016-018** |
| 7.  Memorandum from Acting Associate Commissioner James A. Puelo, *Enforcement Activities at Schools, Places of Worship, or at funerals or other religious ceremonies* (May 17, 1993). | **019-021** |
| 8.  Memorandum from Director John Torres and Director Marcy M. Forman, *Interim Guidance Relating to Officer Procedure Following Enactment of VAWA 2005* (Jan. 22, 2007). | **022-026** |
| 9.  Memorandum from Director Marcy M. Forman, *Enforcement Actions at Schools* (Dec. 26, 2007). | **027** |
| 10. Memorandum from Assistant Secretary Julie L. Myers, *Field Guidance on Enforcement Actions or Investigative Activities at or Near Sensitive Community Locations* (July 3, 2008). | **028-029** |
| 11. Memorandum from Director John Morton, *Enforcement Actions at or Focused on Sensitive Locations* (Oct. 24, 2011). | **030-032** |
| 12. Email from Assistant Director of Field Operations, Jon Gurule, *Reminder: Enforcement Actions at or Near Courthouses* (Oct. 21, 2015). | **033** |
| 13. *Civil Immigration Enforcement Actions Inside Courthouses*, Dir. No. 11072.1 (Jan. 10, 2018). | **034-037** |
| 14. Memorandum from ICE Acting Director Tae Johnson and CBP Acting Commissioner Troy Miller, *Civil Immigration Enforcement Actions in or near Courthouses* (Apr. 27, | **038-040** |

| | |
|---|---|
| 2021). | |
| 15. Email from Acting Director Tae Johnson, *Joint Memo Providing Interim Guidance on Civil Immigration Enforcement In or Near Courthouses* (April 27, 2021). | **041** |
| 16. Email from Acting Director Tae Johnson, *Department Guidance for Enforcement Action at Protected Areas* (October 27, 2021). | **042** |
| 17. Memorandum from DHS Secretary, Alejandro Mayorkas, *Guidelines for Enforcement Actions in or Near Protected Areas* (Oct. 27, 2021). | **043-047** |
| 18. *Implementation of Section 1367 Protections for Noncitizen Victims of Crime*, Dir. No. 10036.2 (Mar.16, 2022). | **048-062** |
| 19. Memorandum from Acting Director Caleb Vitello, *Interim Guidance: Civil Immigration Enforcement Actions in or near Courthouses* (Jan. 21, 2025). | **063-065** |
| 20. Email from Acting Director Caleb Vitello, *Issuance of Interim Policy Guidance for Civil Immigration Enforcement Actions in or near Courthouses* (Jan. 21, 2025). | **066-067** |