**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

PHILADELPHIA YEARLY MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS,
*et al.*,

      Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

      Defendants.

Civil Action No. 8:25-cv-00243-TDC

## CERTIFICATION OF ADMINISTRTIVE RECORD

I, Sharon Hageman, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

1.      I am the Acting Assistant Director for the Office of Regulatory Affairs and Policy ("ORAP") for U.S. Immigration and Customs Enforcement ("ICE").  I have held this position since January 25, 2026.  In this capacity, I lead ORAP in establishing policies impacting ICE through coordination with departmental and interagency partners; collaborating with internal and external stakeholders to identify, develop, and effectively communicate ICE's strategic and organization policies; and overseeing ICE's strategic planning functions.  Prior to this current position, I was the Deputy Assistant Director for the Regulatory Affairs Division in ORAP since August 14, 2022. In total, I have over 13 years of regulation and policy experience with the Department of Homeland Security.

2.      The facts attested to herein are based upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

3.      The documents listed in the accompanying Administrative Record Index and contained in the files annexed hereto, constitute to the best of my knowledge and belief, a true and complete copy of all non-privileged documents and materials considered by ICE in issuing the January 31, 2025 Memorandum, titled *Common Sense Enforcement Actions in or Near Protected Areas.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of April, 2026 in Washington, D.C.

SHARON E HAGEMAN

Digitally signed by SHARON E HAGEMAN
Date: 2026.04.16 12:47:23 -04'00'

Sharon Hageman
Acting Assistant Director
Office of Regulatory Affairs and Policy
U.S. Immigration and Customs Enforcement